

**FILED**
SEP 12 2022
Clerk, U.S. District Court
By: _____ Deputy Clerk

9-6-22

Re: Clerk of the Court
Case Name: Bateast (ID 118348) v. Orunsolu
Case No: 5:22-CV-03093-SAC

I, Damian M. Bateast, am writing this letter in hopes you can render help. I am an Inmate at El Dorado Correctional Facility and I have been recieving poisoned meals from the gaurds here. Recently on 9-5-22 I was passed a contaminated tray by C.O. Benson in cellhouse A-2. The smell of poison was so strong that I got intoxicated. I put a portion of the onions on the tray in a plastic container to inform both superiors but to no avail. I have yet to recieve help. I still have the poison in the cell with me unable to leave. I am afraid for my life and if there is anything that you can do to help, I would be highly appreciative. I Thank you for your time.

Respectfully
Damian M. Bateast