Robert E. Wasinger, #15352
Legal Counsel, Department of Corrections
Ellsworth Correctional Facility
P.O. Box 107
Ellsworth, Kansas 67439
(785)877-6657

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAMIAN M. BATEAST #118348 )<br>　　　　Plaintiff　　　　　　　)<br>vs.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>OLUWATOSIN S. ORUNSOLU, et al. )<br>　　　　Defendants　　　　　　)<br>_____) | Case No. 22-3093-SAC |

**MOTION FOR EXTENSION OF TIME**
**(Pursuant to Fed. R.C.V. P. 6(b) and D. Kan. Rule 114)**

COMES NOW, Robert E. Wasinger, Legal Counsel, Kansas Department of Corrections, and respectfully moves the Court for an extension of time in which to prepare the Martinez Report. Counsel's appearance in this action is solely for the limited purpose of seeking an extension of time in which to prepare the _Martinez v. Aaron_ investigative report ordered by the Court. In support of this motion, counsel would show the Court as follows:

1. This is the first request for an extension to prepare the Martinez Report.

2. The Court ordered upon the electronic filing of the Waiver of Service Executed pursuant to the e-service program, KDOC shall have sixty (60) days to prepare the Martinez Report.

BATEAST v. ORUNSOLU, et al. 22-CV-3093-SAC
MOTION FOR EXTENSION OF TIME– Page 1

3. The electronic filing of the Waiver of Service was until October 14, 2022, making the report due on or before December 15, 2022.

4. The El Dorado Correctional Facility (EDCF) which is the origin of this complaint has had continuing difficulties in retaining legal counsel and has been without legal counsel since September, 2022. An offer has been made and accepted with a start date the week of December 11, 2022. For this reason, counsel is requesting a sixty (60) day extension to February 13, 2023, to complete the Martinez Report in this case.

5. Counsel has not consulted with the *pro se* plaintiff before filing this motion.

6. A proposed order granting an extension of time accompanies this motion.

WHEREFORE, counsel respectfully moves the Court for an order enlarging the amount of time in which to prepare the Martinez Report to on or before February 13, 2023.

PREPARED BY:

/s/ Robert E. Wasinger
Robert E. Wasinger, #15352
Legal Counsel, Department of Corrections
Ellsworth Correctional Facility
P.O. Box 107
Ellsworth, Kansas 67439
(785)877-6657

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing MOTION FOR EXTENSION OF TIME was placed in the United States Mail, first class postage prepaid, on this 1st day of December, 2022, for delivery to:

Damien Bateast # 118348
Lansing Correctional Facility
P.O. Box 2
Lansing, Kansas 66043

and on this date, the original sent by electronic filing in the United States District Court, District of Kansas, 444 S.E. Quincy, Topeka, KS 66683.

/s/ Robert E. Wasinger
Robert E. Wasinger, #15352