IN The United States District Court from the District of Kansas

Damian M. Bateast
    Plantiff

VS                                Case No. 22-3093-SAC

Oluwatosin S. Dorunsoll et al
    Defendants

## Motion For Prisoners Release

Comes NOW, Damian M. Bateast, Pro Se Plantiff and respectfully Request this Honorable Court to consider and Grant a Prisoners release order on Plantiffs behalf. Plantiff alleges that his constitutional rights have been continually violated by KDOC staff. Plantiff alleges that he is not safe in KDOC custody. In support of this motion Plantiff states the Following.

1. Plantiff is currently being housed at Lansing correctional facility and since his arrival has not had a normal Prison experience. I have been unable to eat in General populations Chow hall for finding foreign objects in my meals. The Lack of response and concern from Prison officials Lead me to seek safety in destructive Housing. Plantiffs meals are still being contaminated and I am unable to eat without worry. These objects found are potential sources of disease. Plantiff has reason to believe he is being targeted by Guards. Past incidents Lead me to this conclusion. Plantiff has reason to believe his meals are also being poisoned. Plantiff takes no medication and doesnt do any drugs but my appetence has been altered. I am suffering from cruel and unusual punishment everyday by Prison staff. I am being deprived of a normal Life. my attempts to Get help from Prison officials are of no avail.

2. Plantiff alleges he has been Placed in varying dangerous situations because of Prison officials decisions.

1.

While in restrictive Housing on Dec 14, 2022, Prison officials assigned a inmate to my cell who had Just came from the Infirmary for self mutalation. The inmate entered the cell with dried blood caked to his clothes. Inmate had open cuts on his arms. He claimed to not have taken a shower in five days. His body odor confirmed. I explained my concern to Prison officials and how this was a health hazard. I requested to be removed from the small cell because of the blood contamination. They refused. I was forced to stay in the cell with the inmate. I had to accept my meals in the contaminated cell. I had to drink water from the contaminated sink the inmate used to wash blood from his arms. I had to sleep in the cell til the next morning when he was moved. I asked for cleaning supplies but to no avail. Prison officials exposed me to another inmates blood which is a health hazard and a source of infectious disease. Officials showed no regard for my safety or well being.

3. Dec 15, 2022 officials moved a Inmate into the cell. Me and this Inmate had previous altercations that caused him to be moved before. I objected to this move and requested to be self celled. I was refused and was forced to accept this inmate because of HIGH CELL OCCUPANCY. Dec. 19 2022 my face was burned by a substance that was put into my lotion. I had to seek medical attention. All my hygene Products were contaminated with a substance that rendered them unusable. Prison officials decision to move a Inmate into the room with me after Previous altercations was deliberate indifference to Plantiffs safety and an decisive from Potential Violence. This decision cost Plantiff physically and my family financially.

4. ON 9-5 22 Plantiff was passed a contaminated meal tray that had poisoned onions on it. Plantiff was given this poisoned tray by C.O. Benson in an attempt to get me to eat them. This was a sadistic and malicous act that could have caused my death. My attempts to get help from her superiors were to no avail. I was forced to accept meal trays from C.O. Benson after this incident until I was transfered. Plantiff can provide documentation of this incident to the court if required.

5. On 11-17-21 Plantiff was attacked and seariously injured by a cellmate while living in the strictive Housing under Protective Custody for his safety. Plantiffs cellmate was living in the strictive Housing for discipinary reasons. Plantiff suffered from a black eye, a slashed ear and a busted forehead. Plantiff had informed officials about the potential violence he faced and he needed to be moved and self celled for safety. Parison officials ignored Plantiffs request because there was no room for every inmate to be self celled. Plantiff can provide documentaton of this incident to the Court if required.

6. On June 26, 2020 Plantiff was attacked and injured seariously but his cellmate while living in the strictive Housing for safety reasons. Plantiffs cellmate was living in the strictive Housing as an Osh inmate. Plantiff suffered from serious injuries that lead him to be transported to an offsite hospital. This incident that occurred is the reason this complaint was filed.

7. Everyday without fail Parison officials violate Plantiffs constitutional drights.

1. Plantiff states he is beening deprrived of Nutritionally adequate meals by Parison officials.

2. Plantiff states he is beening delibedately exposed to sourrces of Infectious diseases through his meals.

3. Plantiff states he is beening tarrgeted

4. Plantiff states he has suffered searious injuries but attacks multiple times but inmates while in Protective Custody.

5. Plantiff states he suffered these attacks because of Parison officials failure to Provide adequate Protection.

6. Plantiff states Parison officials have exposed him to hazardous and dangerous situations and been delibedately indifferent to his need for safety.

Plantiff has not had a normal prison experience and because of this experience I've been deprived of living a normal life. Plantiff is being targeted and tortured and not safe in KDOC custody. Plantiff is in dire need of help from an out-side source. For these reasons and many more Plantiff asks the court to move on his behalf and Grant his motion for Prisoner release order.

Pursuant to 28 U.S.C. 1746. I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12-28-2022

Damian M. Bateast #118348
Damian M. Bateast #118348
Lansing Correctional Facility
P.O. Box 2
Lansing, KS 66043

4