IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAMIAN M. BATEAST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case. No. 22-3093-JWL-JPO |
| | ) |
| OLUWATOSIN S. ORUNSOLU, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

**COMES NOW** Assistant Attorney General Matthew Shoger and hereby enters his appearance as counsel of record for Dana Flores, Eric Freeman, Brandon Gaines, Coy Gannon, Adam Knapp, A. Keith Lathrom, Malty Martin, Oluwatosin Orunsolu, and Orlando Perez.[1]

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS KOBACH

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

---

[1] Defendants note that this is the first document they have filed in this case. Currently, the court's docket shows an attorney for the Kansas Department of Corrections as their attorney, which should be corrected to show the undersigned.

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

>Natasha Carter
>Kansas Department of Corrections
>714 SW Jackson, Suite 300
>Topeka, KS 66603
>natasha.carter@ks.gov
>*Attorney for Kansas Department of Corrections, Interested Party*

>Robert E. Wasinger
>Ellsworth Correctional Facility
>1607 State St., PO Box 107
>Ellsworth, KS 67439
>*Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above was served by means of first-class mail, postage prepaid, addressed to:

>Damian M. Bateast, #118348
>Lansing Correctional Facility-Central
>P.O. Box 2
>Lansing, Kansas 66043
>*Plaintiff, pro se*

>>>*/s/ Matthew L. Shoger*
>>>Matthew L. Shoger
>>>Assistant Attorney General