Robert E. Wasinger, #15352
Legal Counsel, Department of Corrections
Ellsworth Correctional Facility
P.O. Box 107
Ellsworth, Kansas 67439
(785)877-6657
bob.wasinger@ks.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **DAMIAN BATEAST # 118348** ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **Case No. 22-CV-03093-JWL** |
| ) | |
| ) | |
| **OLUWATOSIN S. ORUNSOLU, et al.** ) | |
| **Defendants.** ) | |
| _____ ) | |

**KANSAS DEPARTMENT OF CORRECTIONS MOTION TO**
**FILE EXHIBIT TO THE *MARTINEZ* REPORT UNDER SEAL**

The Kansas Department of Corrections (KDOC), through counsel, pursuant to Local Rule 5.4.2, moves that Exhibits K and O to the *Martinez* Report be filed under seal. The exhibit contains personal and confidential information regarding Plaintiff.

For this reason, KDOC requests that this Court file Exhibits K and O to the *Martinez* Report under seal, so that its contents are protected from public disclosure. This request is made for no improper purpose, but rather is made in a good faith effort to maintain the confidentiality of the information, and in respect for the privacy interests of the Plaintiff.

Respectfully submitted,

*/s Robert E. Wasinger*
Robert E. Wasinger, # 15352
Legal Counsel
Department of Corrections
Ellsworth Correctional Facility
P.O. Box 107
Ellsworth, KS, 67439
 (785) 877-6657
 bob.wasinger@ks.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of March 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Kansas Attorney General
120 SW 10th Ave., #2
Topeka, KS 66612

I hereby certify that a true and correct copy of the foregoing was sent via intra facility mail on this 14th day of March 2023 to:

Damian Migel Bateast #118348
LCF
P.O. Box 2
Lansing, KS 66043

*/s Robert E. Wasinger*
Robert E. Wasinger, SC #15352