IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAMIAN M. BATEAST,

    **Plaintiff,**

    v.                                                      CASE NO. 22-3093-JWL

OLUWATOSIN S. ORUNSOLU,

    **Defendant.**

## ORDER

Plaintiff, a state prisoner appearing pro se and in forma pauperis, filed this civil rights case under 42 U.S.C. § 1983. Plaintiff is an inmate at the Lansing Correctional Facility in Lansing, Kansas. On September 6, 2022, the Court entered a Memorandum and Order (Doc. 8) ordering the Kansas Department of Corrections ("KDOC") to prepare a *Martinez* Report. The Report has now been filed. (Doc. 22.) This matter is before the Court on the KDOC's Motion to File Exhibit to the *Martinez* Report Under Seal (Doc. 27), seeking to File Exhibits K and O under seal. The exhibits, provisionally sealed at Docs. 25 and 26, consist of personal and confidential information regarding Plaintiff. The Court grants the motion.

**IT IS THEREFORE ORDERED** that the KDOC's Motion to File Exhibit to the *Martinez* Report Under Seal (Doc. 27) is **granted.** Exhibits K and O to the *Martinez* Report shall be filed under seal.

**IT IS SO ORDERED**.

Dated March 15, 2023, in Kansas City, Kansas.

                                                       **S/ John W. Lungstrum**
                                                       **JOHN W. LUNGSTRUM**
                                                       **UNITED STATES DISTRICT JUDGE**