IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Damian M. Bateast )
 )
                    Plaintiff(s), )
 )
v. ) Case No. 22-3093
 )
Oluwatosin S. Osunsolu, et al., )
 )
                    Defendant(s). )
 )

## MOTION FOR APPOINTMENT OF COUNSEL
## AND DECLARATION OF GOOD FAITH EFFORTS TO OBTAIN COUNSEL

I, Damian M. Bateast, ask the court to appoint counsel, i.e. an attorney to represent me in this case. I understand that any false statements in this motion will subject me to penalties of perjury.

I understand that in civil cases, there is no constitutional right to an appointed attorney. While the court may appoint an attorney to represent me, it does so only in rare cases. I understand that if the court does not appoint an attorney, I must be prepared to represent myself going forward in this case.

I understand that in deciding whether to appoint an attorney, the court will consider a variety of factors, including but not limited to the following: (1) the merits of my claims; (2) the nature and complexity of factual and legal issues raised in the claims; (3) my ability to present the claims; (4) my financial ability to pay an attorney; and (5) my diligence in attempting to secure an attorney.

I understand that with regard to the fifth factor, I must show that I have made a reasonably

diligent effort under the circumstances to obtain an attorney to represent me. I understand that the court's Pro Se Guide (pages 26-27) suggests possible ways to find an attorney and/or obtain legal advice.

I understand that the court typically requires that before seeking an appointed attorney, a plaintiff confer with (not merely contact) at least five attorneys regarding legal representation. Below is a list of the attorneys that I have contacted, a detailed description of the efforts that I made to obtain representation, and the responses that I received:

(1) Name of Attorney Charles Cavenee
    Firm Name Legal Services for Prisoners
    Address P.O. Box 12438 Overland Park, Kansas 66282
    Date(s) of Contact August, 2021
    Method of Contact Mailed Letter
    Response Received Legal Advice

(2) Name of Attorney Legal Team ACLU
    Firm Name American Civil Liberties Union Foundation
    Address P.O. Box 917 Mission, KS 66201
    Date(s) of Contact June 15, 2022
    Method of Contact Mailed Letter
    Response Received Legal Advice

(3) Name of Attorney Thomas A. Hayes
    Firm Name Law Office of Thomas A. Hayes
    Address 2045 W. Grand Ave Suite B Chicago, IL 60612
    Date(s) of Contact September 18, 2020
    Method of Contact Mailed Letter
    Response Received Case not accepted

4) Name of Attorney William L Schmidt
   Firm Name William L Schmidt Attorney At Law
   Address P.O. Box 25001 Fresno CA 93729
   Date(s) of Contact December 7, 2020
   Method of Contact Mailed Letter
   Response Received No Response

(5) Name of Attorney Hammond Law Legal Consultant
   Firm Name Hammond Law
   Address 800 Town and Country Blvd Suite 500 Houston Texas 77024
   Date(s) of Contact June 2021
   Method of Contact Mailed Letter
   Response Received No Response

(6) Name of Attorney _____
   Firm Name _____
   Address _____
   Date(s) of Contact _____
   Method of Contact _____
   Response Received _____

   *(attach additional sheets, if necessary)*

I understand that I am required to establish that I am financially unable to retain my own attorney.

I have already completed and filed an Affidavit of Financial Status.

   Yes ☑   No ☐

OR

I have completed and am now filing an Affidavit of Financial Status along with this motion.

   Yes ☐   No ☐

In addition to the foregoing, I believe that the court should consider the following additional information:

See attached →

-3-

In addition to the foregoing I request this Honorable Court to consider the following additional information: I, Damian M. Bateast, the pro se plaintiff has requested a jury trial in this case. I request this court to appoint counsel to represent me in my pursuit of justice. This Honorable Court has granted me leave to proceed in forma pauperis. I would like to emphasize to the Court that I am an indigent pro se prisoner litigant unable to secure an attorney on my own. I have no legal training with limited knowledge of the law. I am confined to a cell and I do not have reliable access to the law library which hinders my ability to do research and litigate properly. I have had a hard time procuring necessary materials that are being held in my property by prison officials that would assist me when preparing documents for the court. At this particular point in this case I am faced with the task of preparing a response to the Martinez report ordered by the court. The court has granted me until May 25, 2023 to respond to the Martinez report and show good cause why this case should not be dismissed. To prepare such a response from the confines of a prison cell without the resources available to a qualified professional leaves me at a major disadvantage when analyzing these complex issues in dispute, preparing a rebuttal to the Martinez report and correctly presenting it to the court. I would like to make the court aware that I have only viewed my medical records (exhibit D) which have been filed under seal and although requested I was unable to receive copies of these documents for study. I have yet to viewed DCF's Use of Force report (exhibit H) also filed under seal which leaves me ill-equipped and ill-prepared. It will also take extensive discovery in this case in order for me to substantiate my claims which tactics are beyond me. I do have reason to believe the basis of my claims have been lost and minimized on the record. I ask the court to appoint me counsel to ensure the legal basis of my claims are intelligently portrayed to the court by a professional with an critically trained eye. Granting this motion will give me an equally fighting chance against the defendants to be sure my claims have been properly framed and zealously presented to the court.

_____

_____

*(attach additional sheets, if necessary)*

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

      Executed on  4·30·2023
                  (Date)

*Damian M. Bateast*
Signature of Plaintiff

DAMIAN M. Bateast
Name (print or type)

LCF P.O. BOX 2
Address

LANSING     KANSAS     66043
City                State            Zip Code

_____
Telephone Number

_____
E-Mail Address

CERTIFICATE OF SERVICE

(For Registered Electronic Filing Users)

    I hereby certify that on _____, I electronically filed the foregoing document with the clerk of

(Date)

the court by using the CM/ECF system which will send a notice of electronic filing to the following:

*[list parties that are CM/ECF participants: for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list the name and address of each party]*

    I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail, postage prepaid, to the following non-CM/ECF participants:

*[list parties that are not CM/ECF participants: for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list the name and address of each party]*

s/_____
Name _____
Address _____
_____
Phone Number _____
Email Address _____

CERTIFICATE OF SERVICE

(For Pro Se Filers Who Are Not Registered Electronic Users)

I hereby certify that on _____, I served the foregoing document by depositing a true and
                                             (Date)

correct copy of the document in the U.S. Mail, postage prepaid, addressed to the following:

*[for represented parties list the name and address of attorney(s) for each party; for unrepresented parties list the name and address of each party]*

s/_____

Name _____

Address _____

_____

Phone Number _____

Email Address _____

-5-