IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF KANSAS

DAMIAN M. BATEAST
PLANTIFF

VS

OLUWATOSIN S. ORUNSOLU ET.AL
DEFENDANTS

CASE NO: 22-3093-JWL

## MOTION FOR EXTENSION OF TIME TO RESPOND TO THE MARTINEZ REPORT AND ORDER TO SHOW GOOD CAUSE

Comes now, Damian M. Bateast, Pro Se Plantiff and respectfully moves this Honorable Court for an extension of time in which to prepare his response to the Martinez Report and order to show good cause ordered by the court. In support of this motion plantiff states the following:

1. This Honorable Court granted Plantiff until May 25, 2023 in which to respond to the Martinez Report and to show good cause why this action should not be dismissed for failure to state a claim.

2. This is the first request Plantiff has made to the court for an extension of time to prepare and file his response ordered by the court.

1.

3. At this time Plantiff is awaiting administrative policies and regulations requested from prison officials here at Lansing Correctional facility that will assist in substantiating my claims. It is taking more time then expected to receive these documents which hinders my ability to organize and complete my response by May 25, 2023. Plantiff requires more time to acquire the necessary documents in that I will be able to prepare a sufficient response for the court.

4. Plantiff is requesting the court grant a 30 day extension to June 25, 2023 to complete and file my response. The interest of justice will be served by granting this extension in that I will be able to provide meaningful information to the court.

5. Plantiff has not consulted with Defendants legal counsel before filing this motion.

WHEREFORE, Plantiff respectfully requests a 30 day extension, or until June 25, 2023 to file my response to the Martinez report ordered in this cause.

Pursuant to 28 U.S.C 1746. I do declare under penalty of perjury that the foregoing is true and correct.

Executed on May 21, 2023

Damian M. Bateast #118348
Lansing Corr. facility
P.O. Box 2
Lansing, KS 66043

2.