IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**DAMIAN M. BATEAST,**

    **Plaintiff,**

v.            **CASE NO. 22-3093-SAC**

**OLUWATOSIN S. ORUNSOLU, et al.,**

    **Defendants.**

## O R D E R

This matter comes before the Court on a motion for extension of time (Doc. 32) filed by Plaintiff. Plaintiff requests a thirty (30) day extension of time to respond to the Memorandum and Order to Show Cause (Doc. 29) entered by this Court on April 25, 2023. The current deadline for Plaintiff to file a response is May 25, 2023. This is Plaintiff's first request for an extension. For good cause shown, the motion is granted.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Extension of Time (Doc. 32) is **granted**. The deadline for Plaintiff to file a response to the Memorandum and Order to Show Cause (Doc. 29) is extended to **June 25, 2023**.

**IT IS SO ORDERED.**

DATED: This 23rd day of May, 2023, at Kansas City, Kansas.

                               **S/ John W. Lungstrum**
                               **JOHN W. LUNGSTRUM**
                               **UNITED STATES DISTRICT JUDGE**