IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAMIAN M. BATEAST #118348
PLANTIFF

VS.  CASE NO. 22-3093-JWL

OLUWATOSIN S. ODUNSOLU ET AL.
DEFENDANTS

## Exhibit List

PLANTIFF'S EXHIBITS:

| Exhibit | Description |
|---|---|
| P | KAR 44-15-101b, KAR 44-15-102 |
| Q | Internal Management Policy & Procedure IMPP# 20-104A |
| R | Internal Management Policy & Procedure IMPP# 20-108D |
| S | Internal Management Policy & Procedure IMPP# 20-104 |
| T | Internal Management Policy & Procedure IMPP# 11-106A |
| U | Grievance CA21519 / Dated 11-4-19 |
| V | KDOC Administrative Segregation Review |
| W | Internal Management Policy & Procedure IMPP# 12-129D |
| X | Internal Management Policy & Procedure IMPP# 10-114D |
| Y | Internal Management Policy & Procedure IMPP# 10-121D |
| Z | Health Services Request Form & Patient Medication Report / CODI25N |

Exhibit PG# 1