

Exhibit A



# Kansas
**Department of Corrections**

## INTERNAL MANAGEMENT POLICY & PROCEDURE

Applicability:  _ ADULT Operations Only   _ JUVENILE Operations Only   X DEPARTMENT-WIDE

**IMPP #: 20-108D**                                                                                             **PAGE #: 1 of 3**

**SEGREGATION/ RESTRICTIVE HOUSING: Protective Custody**

Original Date Issued: 07-01-22     Replaces IMPP Issued: N/A    CURRENT EFFECTIVE DATE: 07-01-22

Approved By: _____, Secretary        Next Scheduled Review: 02/2025

## POLICY

Protective Custody (PC) is a housing assignment that separates an individual from the general population for that individual's safety. An incarcerated individuals' situation, circumstances, or behaviors may contribute to the need for protection. Most can correct such behaviors and successfully return to the general population. In most cases, the goal is to integrate the individual back into general population when it is reasonable and safe to do so.

The KDOC provides those in protective custody, to the extent possible, the same access to education, treatment, recreation, and amenities as those of the same custody level.

As such, each facility must operate a protective custody program as an adjunct to the facility's administrative restrictive housing unit.

## DEFINITIONS

<u>Modified Operational Unit:</u>  A term used to describe housing which modifies operations to allow limited engagement with general population residents; however, to the extent possible allows the same access to education, treatment, recreation, and amenities as those of the same custody level.

<u>Protective Custody:</u>  Housing in administrative restrictive housing or modified operational units for residents requiring protection from others until reintegration into a general population environment is facilitated.

<u>Restrictive Housing:</u>  A generic term used to describe housing which separates residents from the general population for both administrative and disciplinary purposes.

## PROCEDURES

I.     **Protective Custody**

   A.     Admission to Administrative Restrictive Housing classified as protective custody is to be made only when there is documentation that protective custody is warranted and that a reasonable alternative is not available.

   1.     For juvenile services, the request is to be reviewed and approved by the Superintendent or designee.

   2.     The restrictive housing review board is to review protective custody cases with a goal of reintegration to general population as soon as possible.

   B.     The resident is to sign a consent form.

Attachment A, IMPP 20-108D
Effective 07-01-22

## JUVENILE SERVICES
## KANSAS DEPARTMENT OF CORRECTIONS
## PROTECTIVE CUSTODY REQUEST

Resident's Name: _____  KDOC Number: _____

**DATE/TIME OF REQUEST:** _____

**TYPE OF REQUEST:** (*check one*)

☐ REQUEST FOR ADMISSION TO PROTECTIVE CUSTODY

☐ REQUEST FOR RELEASE FROM PROTECTIVE CUSTODY

**REASON FOR REQUEST:** _____
_____
_____
_____
_____

☐ I **CONSENT** to protective custody placement.    ☐ I **WAIVE** protective custody and request release.

_____    _____
Resident's Signature                                         Date

_____    _____
Shift Supervisor's Signature                              Date

### SUPERINTENDENT'S REVIEW/DECISION

☐ Concur with resident's request for **admission to** protective custody for the following reasons:
_____
_____
_____
_____

☐ Concur with resident's request for **release from** protective custody for the following reasons:
_____
_____
_____

☐ Protective custody **denied** / **discontinued** (*circle one*) for the following reasons:
_____
_____
_____
_____
_____

_____    _____    _____
Superintendent's Name                              Signature                                Date

Date/Time Resident Released from Restrictive Housing: _____ Unit Transferred to: _____

Date/Time Copy Given to Resident: _____    Name of Officer Delivering Results: _____

Exhibit PGE 14