*Exhibit U*
*PAGE 1 OF 4*



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

# Kansas
### Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Acting Secretary

Laura Kelly, Governor

Sam Cline, Warden

Date:    NOV 1 5 2019

To:    I/M Bateast, Damian #118848 A2-231

Subject:  Grievance dated 11/4/19, CA21519

**Findings of Facts:**  Your grievance was received and an investigation into your allegations has been completed.

**Conclusion Made:**  After an investigation and a complete review of the applicable documentation, it was determined the response provided by UTS O. Orunsolu is appropriate regarding your issues.

**Action Taken:**  No further action is deemed necessary.

Pursuant to K.A.R. 44-15-102 (3) (B), you may appeal this answer by submitting the appropriate form to the Secretary of Corrections by mail.

Sam Cline, Warden
El Dorado Correctional Facility

Cc:  file
     Offender
     UTS O. Orunsolu

A2— 231                    Exhibit U PGe 2of4

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

### INMATE COMPLAINT

Inmate's Name Damian M. Bateast          Number 118348

Facility ECF          Housing Unit A-2          Work Detail _____

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). I Damian M. Bateast #118348 do hereby swear that the following is true. On the morning of 11-4-2019 I was passed a milk by CO Wilson that was contaminated by what I believe to be semen. I've attached document in my hand that deliedates the incident that brought about this Grievance.

Date this report was given to Unit Team for informal resolution (to be completed by inmate). 11-4-2019

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.) Thank you for using this medium. I reviewed the Cameras and saw the listed staff members following Protocol while passing out meals on the day and date listed. Head Covered, Gloves on, meals were passed out Immediately it was delivered. I found no evidence to substantiate your claims sir. Orumsoly, UTS.  11/05/19.

Unit Team Signature                      Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__X__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). 11/16/19

Damian M. Bateast 118348                          Date
Inmate Signature

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received NOV 14 2019     Date of Final Answer NOV 15 2019     Date Returned to Inmate _____

_____   _____   _____
Inmate's Signature          Date     Unit Team Signature          Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

### TO BE COMPLETED BY STAFF ONLY

CA 21519  RECEIVED

Grievance Serial Number

Type of Complaint (Item 4: Code 01-75)          01          NOV 14 2019

Cause of Complaint (Item 5: Code 01-30)          01          Wardens Office

Type of Response (Item 6a: Code 01,02,08 or 09)          08

Exhibit PGe 23

1

## Cell house A-2

On the morning of 11-4-2019 I was awaken by CO Wilson asking me if I wanted drinks. CO Wilson and a male CO whose name I don't know were passing out drinks before breakfast. I replied yea and went to my cell door to recieve my drinks. CO Wilson first passed me a milk that looked as if she grabbed it from the bottom of the cart. She placed it on the binghole door and I grabbed it. She grabbed a cup of juice from outta my eye sight that I refused cause I didn't see her pour it. They left my cell door and continued to pass out drinks. I placed the milk on my table until breakfast made it. CSI mounce and the CO whose name I don't know were passing out breakfast trays. CSI mounce opened my binghole and the other CO handed me my tray, I grabbed the peanutbutter packet off

→

Exhibit 4
PAGE 4 of 4

2.

the tray and placed the tray by the door. I ate the peanut butter and opened the milk. As I was drinking the milk I noticed it wasn't right so I poured it out in my sink. I noticed a thick clear substance that wouldn't go down the drain. I knew what it was when I looked at it. It was semen. I immediately begin to vomit what I had consumed into my toilet. I'm afraid cause I've come into contact with some one else's body fluids that may be tainted. This isn't the first time my food or drink has been contaminated. I've informed the officers on duty, I've written grievances to unit teams and no action or change has taken place. My life is in jeopardy and I need help.