# KANSAS DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE SEGREGATION REVIEW

| ☐ INITIAL | ☐ WEEKLY | ☒ MONTHLY | ☐ 180 DAY | ☐ YEARLY | ☐ BMU |
|---|---|---|---|---|---|

| Name: | Bateast, Damian | DOC# | 118348 | Date: 6/19/2020 |
|---|---|---|---|---|

| Date of placement: | 7/5/19 | Location: | EDCF-C | Current Cell Location: | A2-123 |
|---|---|---|---|---|---|

| IMPP Segregation Status: | IMPP 20-104 IB (1)  PC | Inmate Appeared? Yes ☐ No ☒ |
|---|---|---|

### SEGREGATION PLACEMENT/RETENTION FACTS:

| Date | Facts | Source | Location |
|---|---|---|---|
| 7/5/19 | Facts: On Friday July 5th at approximately 0946 offender Bateast, Damian #118348 returned to C2 after placement in BCH. The offender entered the unit team office and stated that he wasn't staying in C2 with the offender that jumped him. When asked what offender jumped he stated that he has full intentions of jumping him prior to the offender jumping on him. The offender was offered a PC waiver at that point which he refused to sign which initiated his placement into protective custody. This placement is for the safe and secure operation of the El Dorado correctional facility. | Adsegrep | File |
| 7/5/2019 | Convicted of disobeying orders | OMIS | File |
| 10/11/19 | Convicted of undue familiarity | OMIS | File |
| 12/4/2019 | Convicted of dangerous contraband -razor blade | OMIS | File |
| 1/31/2020 | Offender is an IRU offender, refusing to live in EDCF IRU GP. | OMIS | File |
| 2/24/2020 | Convicted of violation of published orders-class 1 | OMIS | File |
| 2/25/2020 | Convicted of violation of published orders-class 2 | OMIS | File |
| 3/20/2020 | Convicted of Theft | OMIS | File |
| 5/22/2020 | Convicted of fighting | OMIS | File |

### SUMMARY OF CURRENT BEHAVIOR:

| Date | Summary | Location |
|---|---|---|
| 1/3/2020 | Offender chose not to attend RHRB | EDCF A |
| 1/31/2020 | Offender chose not to attend RHRB | EDCF A |
| 2/26/2020 | Offender chose not to attend RHRB | EDCF A |
| 3/20/2020 | Offender chose not to attend RHRB | EDCF A |
| 4/24/2019 | Offender chose not to attend RHRB | EDCF A |
| 5/22/2020 | Offender chose not to attend RHRB | EDCF A |
| 6/19/2020 | Offender chose not to attend RHRB | EDCF A |

**INMATE'S COMMENTS:** None.

| Return to General Population? | Transfer to other facility? | Programs recommended? | Change in status? |
|---|---|---|---|
| Yes ☐  No ☒ | Yes ☐  No ☒ | Yes ☐  No ☒ | Yes ☐  No ☒ |

**REASONS FOR RECOMMENDATIONS:** Placement facts remain. Offender should return to IRU, but he refuses to do so. He does not want to live in general population.

| BHP Reed | CSII McWithey | UTM Martin |
|---|---|---|
| Clinical Staff (Retain ☒ Release ☐) | Security Staff (Retain ☒ Release ☐) | Classification Staff (Retain ☒ Release ☐) |
| Comments: Placement facts | Comments: Placement facts | Comments: Placement facts |

### PMC REVIEW/SIGNATURES

| PMC Member (Retain ☒ Release ☐) | PMC Member (Retain ☒ Release ☐) | PMC Member (Retain ☒ Release ☐) |
|---|---|---|
| Comments: PC | Comments: Continue on PC STATUS. | Comments: P.C. |

### DEPUTY SECRETARY REVIEW

Deputy Secretary, Facility Management     Retain ☐     Release ☐     Date_____
Date_____

Copy Received by inmate;

## KANSAS DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE SEGREGATION REVIEW

☐ INITIAL    ☐ WEEKLY    ☒ MONTHLY    ☐ 180 DAY    ☐ YEARLY    ☐ BMU

| Name: | Bateast, Damian | DOC# | 118348 | Date: 7/24/2020 |
|---|---|---|---|---|
| Date of placement: | 7/5/19 | Location: | EDCF-C | Current Cell Location: A2-123 |
| IMPP Segregation Status: | IMPP 20-104 IB (1)  PC | | Inmate Appeared? Yes ☐  No ☒ |

### SEGREGATION PLACEMENT/RETENTION FACTS:

| Date | Facts | Source | Location |
|---|---|---|---|
| 7/5/19 | Facts: On Friday July 5th at approximately 0946 offender Bateast, Damian #118348 returned to C2 after placement in BCH. The offender entered the unit team office and stated that he wasn't staying in C2 with the offender that jumped him. When asked what offender jumped he stated that he has full intentions of jumping him prior to the offender jumping on him. The offender was offered a PC waiver at that point which he refused to sign which initiated his placement into protective custody. This placement is for the safe and secure operation of the El Dorado correctional facility. | Adsegrep | File |
| 7/5/2019 | Convicted of disobeying orders | OMIS | File |
| 10/11/19 | Convicted of undue familiarity | OMIS | File |
| 12/4/2019 | Convicted of dangerous contraband -razor blade | OMIS | File |
| 1/31/2020 | Offender is an IRU offender, refusing to live in EDCF IRU GP. | OMIS | File |
| 2/24/2020 | Convicted of violation of published orders-class 1 | OMIS | File |
| 2/25/2020 | Convicted of violation of published orders-class 2 | OMIS | File |
| 3/20/2020 | Convicted of Theft | OMIS | File |
| 5/22/2020 | Convicted of fighting | OMIS | File |
| 6/26/2020 | Involved in a physical altercation w/ his cellmate- Austin # 89356 | UOF Report | File |

### SUMMARY OF CURRENT BEHAVIOR:

| Date | Summary | Location |
|---|---|---|
| 1/3/2020 | Offender chose not to attend RHRB | EDCF A |
| 1/31/2020 | Offender chose not to attend RHRB | EDCF A |
| 2/26/2020 | Offender chose not to attend RHRB | EDCF A |
| 3/20/2020 | Offender chose not to attend RHRB | EDCF A |
| 4/24/2019 | Offender chose not to attend RHRB | EDCF A |
| 5/22/2020 | Offender chose not to attend RHRB | EDCF A |
| 6/19/2020 | Offender chose not to attend RHRB | EDCF A |
| 7/24/2020 | Offender chose not to attend RHRB | EDCF A |

**INMATE'S COMMENTS:** None.

| Return to General Population? | Transfer to other facility? | Programs recommended? | Change in status? |
|---|---|---|---|
| Yes ☐  No ☒ | Yes ☐  No ☒ | Yes ☐  No ☒ | Yes ☐  No ☒ |

**REASONS FOR RECOMMENDATIONS:** Placement facts remain. Offender should return to IRU, but he refuses to do so. He does not want to live in general population. Offender does not participate in RHRB.

| BHP Reed | CSII McWithey | UTM Martin |
|---|---|---|
| Clinical Staff (Retain ☒ Release ☐) | Security Staff (Retain ☒ Release ☐) | Classification Staff (Retain ☒ Release ☐) |
| Comments: Placement facts | Comments: Placement facts | Comments: Placement facts |

### PMC REVIEW/SIGNATURES

| PMC Member (Retain ☒ Release ☐) | PMC Member (Retain ☒ Release ☐) | PMC Member (Retain ☒ Release ☐) |
|---|---|---|
| Comments: PC | Comments: Continue on P/C STATUS | Comments: Continue on P/C STATUS |

### DEPUTY SECRETARY REVIEW

Deputy Secretary, Facility Management    Retain ☐    Release ☐    Date _____
Date _____

Copy Received by inmate;

Exhibit PGE 28

Exhibit V
PAGE 4 OF 4

# KANSAS DEPARTMENT OF CORRECTIONS
# ADMINISTRATIVE SEGREGATION REVIEW

| ☐ INITIAL | ☐ WEEKLY | ☒ MONTHLY | ☐ 180 DAY | ☐ YEARLY | ☐ BMU |
|---|---|---|---|---|---|
| Name: Bateast, Damian | | DOC# 118348 | Date: 8/7/2020 | | |
| Date of placement: 7/5/19 | Location: EDCF-C | | Current Cell Location: A1-200 | | |
| IMPP Segregation Status: | IMPP 20-104 IB (1)  PC | | Inmate Appeared? Yes ☐ No ☒ | | |

## SEGREGATION PLACEMENT/RETENTION FACTS:

| Date | Facts | Source | Location |
|---|---|---|---|
| 7/5/19 | Facts: On Friday July 5th at approximately 0946 offender Bateast, Damian #118348 returned to C2 after placement in BCH. The offender entered the unit team office and stated that he wasn't staying in C2 with the offender that jumped him. When asked what offender jumped he stated that he has full intentions of jumping him prior to the offender jumping on him. The offender was offered a PC waiver at that point which he refused to sign which initiated his placement into protective custody. This placement is for the safe and secure operation of the El Dorado correctional facility. | Adsegrep | File |
| 7/5/2019 | Convicted of disobeying orders | OMIS | File |
| 10/11/19 | Convicted of undue familiarity | OMIS | File |
| 12/4/2019 | Convicted of dangerous contraband -razor blade | OMIS | File |
| 1/31/2020 | Offender is an IRU offender, refusing to live in EDCF IRU GP. | OMIS | File |
| 2/24/2020 | Convicted of violation of published orders-class 1 | OMIS | File |
| 2/25/2020 | Convicted of violation of published orders-class 2 | OMIS | File |
| 3/20/2020 | Convicted of Theft | OMIS | File |
| 5/22/2020 | Convicted of fighting | OMIS | File |
| 6/26/2020 | Involved in a physical altercation w/ his cellmate- Austin # 89356 | UOF Report | File |

## SUMMARY OF CURRENT BEHAVIOR:

| Date | Summary | Location |
|---|---|---|
| 1/3/2020 | Offender chose not to attend RHRB | EDCF A |
| 1/31/2020 | Offender chose not to attend RHRB | EDCF A |
| 2/26/2020 | Offender chose not to attend RHRB | EDCF A |
| 3/20/2020 | Offender chose not to attend RHRB | EDCF A |
| 4/24/2019 | Offender chose not to attend RHRB | EDCF A |
| 5/22/2020 | Offender chose not to attend RHRB | EDCF A |
| 6/19/2020 | Offender chose not to attend RHRB | EDCF A |
| 7/24/2020 | Offender chose not to attend RHRB | EDCF A |
| 8/7/2020 | Offender chose not to attend RHRB | |

**INMATE'S COMMENTS:** I'm good.

| Return to General Population? | Transfer to other facility? | Programs recommended? | Change in status? |
|---|---|---|---|
| Yes ☐  No ☒ | Yes ☐  No ☒ | Yes ☐  No ☒ | Yes ☐  No ☒ |

**REASONS FOR RECOMMENDATIONS:** Placement facts remain. Offender should return to IRU, but he refuses to do so. He does not want to live in general population.

| BHP Tague | CSII McWithey | UTM Martin |
|---|---|---|
| Clinical Staff (Retain ☒ Release ☐) | Security Staff (Retain ☒ Release ☐) | Classification Staff (Retain ☒ Release ☐) |
| Comments: Placement facts | Comments: Placement facts | Comments: Placement facts |

## PMC REVIEW/SIGNATURES

| PMC Member (Retain ☒ Release ☐) | PMC Member (Retain ☒ Release ☐) | PMC Member (Retain ☒ Release ☐) |
|---|---|---|
| Comments: PC | Comments: Continued on PC status. | Comments: P.C. |

## DEPUTY SECRETARY REVIEW

Deputy Secretary, Facility Management       Retain ☐   Release ☐   Date_____
Date_____

Copy Received by inmate;

Exhibit PGE 29