

# Kansas Department of Corrections

# INTERNAL MANAGEMENT POLICY & PROCEDURE

Applicability: _ ADULT Operations Only   _ JUVENILE Operations Only  X DEPARTMENT-WIDE

IMPP #: 12-129D                                                                                          PAGE #: 1 of 6

**SECURITY AND CONTROL: Clothing and Linen Issue; Resident Hygiene and Appearance**

Original Date Issued: 11-22-16    Replaces IMPP Issued: 11-22-16    CURRENT EFFECTIVE DATE: 02-16-22

Approved By: _____, Secretary   Next Scheduled Review: 11/ 2025

## POLICY

Residents are to be provided adequate clothing which is suitable to climatic conditions and work assignments and access to appropriately maintained facilities. Clean, suitable bedding and linen is to be provided with provisions of cleaning or exchange at least weekly.

Residents are to be allowed limited freedom in personal grooming which is to be consistent with procedures established for minimum personal appearance and hygiene standards. Such procedures and standards have been developed to ensure safety, security, hygiene, and identification. Residents are to be permitted to possess only those items of personal clothing which are authorized in IMPP 12-120A. Sunglasses are not to be worn inside buildings unless prescribed by the Facility Clinical Health Authority.

Residents are to be prohibited from altering from the original state any item of clothing issued or approved as personal property without the approval of the warden/superintendent or designee.

## DEFINITIONS

**Cold Weather Season:** That period when special issue clothing items may be distributed, generally between September 15th and April 15th, with modifications for unusual weather at the discretion of the warden/superintendent.

**Facility Clinical Health Authority:** The onsite Medical Director responsible to the Regional Medical Director for all clinical matters and to the Health Services Administrator for all administrative matters.

**Health Care Practitioner:** A person who has met the requirements of and is engaged in the practice of medicine, dentistry, or nursing.

**Health Services Administrator (HSA):** The staff member responsible for the provision of health care services at a facility.

**Standard Resident Clothing:** Those items of wearing apparel issued to each resident.

**Special Resident Clothing:** Those items of wearing apparel issued to offenders either in addition to or in lieu of standard offender clothing based upon each resident's current work assignment or as ordered by the Health Care Practitioner.

**Weather Protective Clothing:** Clothing suitable and adequate to protect the resident from climatic conditions and duty assignments, including protection from the cold during cold weather season and from the rain, including adequate rain gear when moving from building to building. This clothing is to include coveralls and rain gear.

Exhibit W

Departmental facility or organizational unit, nor indicate compliance with the standards so cited. The policy and procedures contained within this document are intended to be compliant with all applicable statutes and/or regulatory requirements of the Federal Government and the state of Kansas. This policy and procedure is not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

### REPORTS REQUIRED

None.

### REFERENCES

K.A.R. 44-12-106, 123-12-106
IMPP 10-125, 12-120A, 15-101A

### HISTORY

11-22-16 Original
02-16-22 Revision 1

### ATTACHMENTS

| Attachment | Title of Attachment | Page Total |
|---|---|---|
| A | Adult Facilities Standard Resident Clothing | 1 page |
| B | Juvenile Facilities Standard Resident Clothing | 1 page |