Exhibit 2
PAGE 1 OF 3



# HEALTH SERVICES REQUEST FORM
(Formulario de Solicitud de Servicios de Salud)

| FOR MEDICAL USE ONLY / Sólo para uso médico | Service Requested / Servicio Solicitado |
|---|---|
| Date Received: _____ <br> Time Received: _____ | ☐ Nurse / Enfermera   ☐ Doctor / Doctor   ☐ Dental / Dental <br> ☐ Mental Health / Salud Mental   ☐ Eye Doctor / Médico de los ojos |

Print Name (Imprimir nombre): **Damian M. Batcast**
Date of Request (Fecha de solicitud): **7-8-2020**
ID #: **118348**   Date of Birth (Fecha de nacimiento): **8-8-85**
Housing Location (Ubicación de la Vivienda): **A2 #123**
Nature of problem or request (Naturaleza del problema o solicitud): **I'm having shots of pain in my forehead and bad sensitive headaches. I don't think my pain meds are working.**

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.
(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

**Damian M. Batcast**
PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA** (Pon este artículo en la caja médica u otra área designada.)
**DO NOT WRITE BELOW THIS AREA** (No escriba debajo de esta área.)

(Original – Medical Record    Yellow Copy- Inmate/Patient    Pink Copy-Business Office)

#177  98?
981   79
130/86

---

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: _Katie C, RN_

Date: **7/9/20**    Time: **0600**    am / **pm** (circle one)

Called Down at: _____ (for urgent issue)

Other: _____

**Response Recommendation** (to be completed by Medical Staff Only)
| | | | | | | |
|---|---|---|---|---|---|---|
| Initial | ☒ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☐ $2.00 | | | | | |

Comments: _____

Staff Signature: _Katie C, RN_   Date: **7/9/20**

NA7141-KS-DOC
Issued 01/06/2013                                     ©2013 Corizon Health, Inc.

Exhibit PGE 46

Exhibit 2
PAGE 2 OF 3


CORIZON HEALTH

**HEALTH SERVICES REQUEST FORM**
(Formulario de Solicitud de Servicios de Salud)

| FOR MEDICAL USE ONLY / Sólo para uso médico | Service Requested / Servicio Solicitado |
|---|---|
| Date Received: _____ | ☒ Nurse / Enfermera   ☐ Doctor / Doctor   ☐ Dental / Dental |
| Time Received: _____ | ☐ Mental Health / Salud Mental   ☐ Eye Doctor / Médico de los ojos |

Print Name (Imprimir nombre): Damian M Batogst
Date of Request (Fecha de solicitud): 7-1-2020
ID #: 118348   Date of Birth (Fecha de nacimiento): 8/8/95
Housing Location (Ubicación de la Vivienda): K4X143
Nature of problem or request (Naturaleza del problema o solicitud): I haven't been recieving my pain medication at med call and I'm in pain, my head, eyes are aching sevencly.

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to heatlh care staff if it is not a follow-up visit or referral.
(Entiendo que mi solicitud respecto de recibir servicios de salud no necesariamente implica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuerdo con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

_____
PATIENT SIGNATURE (Paciente Firma)

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA** (Pon este artículo en la caja médica u otra área designada.)
**DO NOT WRITE BELOW THIS AREA** (No escriba debajo de esta área.)

(Original – Medical Record   Yellow Copy- Inmate/Patient   Pink Copy-Business Office)

**(THE AREA BELOW IS NOT TO BE USED FOR EDUCATION, COUNSELING, OR DOCUMENTING A CLINICAL ENCOUNTER)**

Triaged by: _____
Date: 7/2/20   Time: 0600   am / **pm** (circle one)
Called Down at: _____ (for urgent issue)
Other: _____

**Response Recommendation** (to be completed by Medical Staff Only)

| | | | | | | |
|---|---|---|---|---|---|---|
| Initial | ☒ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Fee Charge | ☒ $2.00 | | | | | |

Comments: _____

Staff Signature: _____   Date: 7/2/20

NA7141-KS-DOC
Issued 01/06/2013

©2013 Corizon Health, Inc.

Exhibit PGE 47

July 02, 2020

# CORIZON
## Kansas Department of Corrections
### UM Patient Medication Report

Exhibit 2
PAGE 3 OF 3

| ID | Name | DoB | Sex | Race |
|---|---|---|---|---|
| 118348 | BATEAST, DAMIAN | 8/8/1985 | M | Black or African American |

| Start | End | Medication | Dose / Instructions | Prescriber |
|---|---|---|---|---|
| 06/28/2020 | 07/07/2020 | Augmentin - 875mg / Amoxicillin/Clavulanate - 875mg | 1 tab po BID x10 days | Harrod |
| 06/11/2020 | 07/10/2020 | BENZOYL PEROXIDE / benzoyl peroxide | 5 % — apply by topical route every day to the affected area(s) | Yarnell |
| 06/28/2020 | 07/04/2020 | COLACE / docusate sodium | 100 mg — 1 cap po BID | Harrod |
| 07/02/2020 | 07/15/2020 | NAPROXEN / naproxen | 500 mg — take 1 tablet by oral route 2 times every day | Yarnell |
| 06/28/2020 | 07/02/2020 | NEOMYCIN-POLYMYXIN-GRAMICIDIN / neomycin/polymyxn B/gramicidin | 1.75 mg-10,000 unit-0.025 mg/mL — 2 drops to left eye QID x5 days | Harrod |
| 03/30/2020 | 03/29/2021 | NORVASC / amlodipine besylate | 10 mg — take 1 tablet by oral route every day | Yarnell |
| 06/28/2020 | 07/02/2020 | PREDNISONE / prednisone | 20 mg — take 1 tablet by oral route every day | Harrod |
| 03/30/2020 | 03/29/2021 | TUMS / calcium carbonate | 200 mg calcium (500 mg) — chew 2 Tablet by Oral route 3 times every day | Yarnell |

**Medications:** 8

Exhibit PGE 48

UM Medication Current.rpt

Page 1 of 1