IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAMIAN M. BATEAST,

        Plaintiff,

v.                                            CASE NO. 22-3093-JWL

OLUWATOSIN S. ORUNSOLU, et al.,

        Defendants.

## O R D E R

This matter is a civil rights action. Plaintiff is a prisoner at the Lansing Correctional Facility in Lansing, Kansas. By order dated June 10, 2022 (Doc. 3; "MOSC"), the Court directed Plaintiff to show cause why the Complaint should not be dismissed or to file an amended complaint that cured the deficiencies discussed in the MOSC. Plaintiff filed an Amended Complaint (Doc. 6), and the Court ordered the preparation of a *Martinez* Report and service of the defendants. *See* Docs. 8 and 9. The *Martinez* Report was filed on March 14, 2023. *See* Docs. 22-26. The Court then entered a second show cause order (Doc. 29; "MOSC II"). Plaintiff has now filed a response to the *Martinez* Report and the MOSC II, with exhibits attached. *See* Doc. 34.

Based on information contained in the *Martinez* Report, Plaintiff asks that Brandon Gaines be dismissed from this action and Mason Gaines be added as a defendant. He further states that the defendant previously identified as FNU Gannon is Alexander Gannon.

Otherwise, Plaintiff disputes the allegations in the *Martinez* Report, maintaining his version of the events and his allegations set forth in his Amended Complaint. The *Martinez* Report "is treated like an affidavit, and the court is not authorized to accept the factual findings of the

1

prison investigation when the plaintiff has presented conflicting evidence." *Hall v. Bellmon*, 935 F.2d 1106, 1111 (10th Cir. 1991) (citing *Sampley v. Ruettgers*, 704 F.2d 491, 493 n.3 (10th Cir. 1983)).  Therefore, the Court finds that the Amended Complaint survives the screening required by 28 U.S.C. § 1915A(a) and further finds that a responsive pleading is necessary.

**IT IS THEREFORE ORDERED** that Brandon Gaines is dismissed from this action.

**IT IS FURTHER ORDERED** that Mason Gaines is added as a defendant.  The Court will enter a separate e-service order directing the Clerk of Court to serve Mason Gaines.

**IT IS FURTHER ORDERED** that the Clerk is directed to amend the docket to show the correct name of the defendant identified as FNU Gannon as Alexander Gannon.

**IT IS FURTHER ORDERED** that the defendants shall have sixty (60) days to answer or otherwise respond to the Amended Complaint.

**IT IS SO ORDERED**.

**Dated June 22, 2023, in Kansas City, Kansas.**

> **S/ John W. Lungstrum**
> **JOHN W. LUNGSTRUM**
> **UNITED STATES DISTRICT JUDGE**