IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAMIAN M. BATEAST,

                    **Plaintiff,**

     v.                                        CASE NO. 22-3093-SAC

OLUWATOSIN S. ORUNSOLU, et al.,

                    **Defendants.**

## SERVICE ORDER

This matter is a civil rights action filed by a prisoner in the custody of the Secretary of the Kansas Department of Corrections ("KDOC"). The Court has determined that a responsive pleading is necessary.

**IT IS ORDERED that:**

The Clerk of the Court shall notify the Kansas Attorney General ("AG") and the KDOC of this Service Order. The Court requests that **Defendant Mason Gaines** waive formal service of process.

The AG and/or the KDOC shall have **thirty (30) days** from entry of this Service Order to file a Waiver of Service Executed and/or a Waiver of Service Unexecuted. Upon the electronic filing of the Waiver of Service Executed, Defendant Gaines shall have **thirty (30) days** to file an answer. Any answer deadline set forth in the waiver of service is not controlling.

In those cases where a Waiver of Service Unexecuted is filed, the KDOC shall have **ten (10) days** from the filing of the Waiver of Service Unexecuted, to supply the Clerk of Court with

the last known forwarding addresses for former employees, said addresses to be placed under seal and used only for the purpose of attempting to effect service of process.

Copies of this Service Order shall be transmitted to the AG and the KDOC.

**IT IS SO ORDERED**.

**Dated June 22, 2023, in Kansas City, Kansas.**

<u>S/ John W. Lungstrum</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**