### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

DAMIAN M. BATEAST,

    Plaintiff,

v.

    Case No. 22-3093-DDC-ADM

OLUWATOSIN S. ORUNSOLU, et al.,

    Defendants.

### ORDER

Plaintiff Damian M. Bateast's ("Bateast"), a state prisoner appearing *pro se* and *in forma pauperis*, filed this civil rights complaint pursuant to 42 U.S.C. § 1983. This matter is before the court on Bateast's motion seeking a court order for defendants to provide him with a copy of sealed Exhibit K to the *Martinez* report. This motion is denied for two reasons.

First, it is denied as untimely. The court granted the Kansas Department of Corrections' ("KDOC") motion to file Exhibit K to the *Martinez* Report under seal on March 15, 2023. (ECF 28.) Bateast did not file a motion to reconsider that order, and the time to do so has long passed. *See* D. KAN. RULE 7.3 (party must file a motion for reconsideration "within 14 days after the order is served unless the court extends the time").

Second, Bateast's motion is denied as moot. Courts order a *Martinez* report in order to ascertain whether there are factual and legal bases for the prisoner's claims. *Gee v. Estes*, 829 F.2d 1005, 1007 (10th Cir. 1987). The purpose of a *Martinez* report is not to provide discovery. Rather, the court requested the *Martinez* report, and defendants provided it and its exhibits (including Exhibit K) in order to provide the court with a full disclosure of the facts to assist the court in screening the complaint. *Rachel v. Troutt*, 820 F.3d 390, 396 (10th Cir. 2016) ("Courts

1

order the *Martinez* report not to provide discovery, but to aid in screening the complaint."). The screening process is now complete. (ECF 35.) Bateast's complaint survived screening, so any issues concerning Exhibit K are now moot.

**IT IS THEREFORE ORDERED** that Bateast's Motion for Order requiring Defendants to provide him with a copy of Sealed Exhibit K to *Martinez* Report (ECF 40) is denied.

**IT IS SO ORDERED**.

Dated July 19, 2023, in Kansas City, Kansas.

s/ Angel D. Mitchell  
Angel D. Mitchell  
U.S. Magistrate Judge
