IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAMIAN M. BATEAST,

    Plaintiff,

v.

    Case No. 22-3093-DDC-ADM

OLUWATOSIN S. ORUNSOLU, et al.,

    Defendants.

## SCHEDULING ORDER

This is a civil-rights action filed by an individual who is incarcerated and not represented by a lawyer. Accordingly, Federal Rule of Civil Procedure 26(f), which generally requires parties to confer and propose a discovery plan before the court enters a scheduling order, does not apply. *See* Fed. R. Civ. P. 26(a)(1)(B)(iv) and 26(f). Additionally, initial disclosures regarding witnesses and documents upon which the parties intend to rely to support their claims and defenses, plaintiff's damage computations, and any insurance coverage defendants might have are not required in this case. *See* Fed. R. Civ. P. 26(a)(1)(B)(iv). The court therefore enters this scheduling order, and orders the parties to comply with the following deadlines and discovery directives:

1. Any motion to amend the complaint or to add parties must be filed by **October 23, 2023.**

2. Any motion seeking dismissal of plaintiff's claims, whether based on failure to state a claim, failure to exhaust administrative remedies, or any other reason, must be filed by **November 22, 2023.**

3. Any motion for a protective order to govern the exchange of discovery (whether agreed to by both sides or not) must be filed by **October 23, 2023.**

1

    a. The party or parties seeking entry of a protective order must submit the proposed order (formatted in MS Word) as an attachment to an email sent to ksd_mitchell_chambers@ksd.uscourts.gov

    b. The proposed order should follow the District of Kansas preapproved form protective order, available on the court's website:

        http://ksd.uscourts.gov/index.php/forms/?open=CivilForms.

4. Any discovery requests must be served by **December 15, 2023.**

    a. No discovery requests may be served after this deadline except by stipulation of the parties or by court order for good cause shown.

    b. Discovery responses must be served within the time provided by the Federal Rules of Civil Procedure unless the parties stipulate otherwise.

5. Expert disclosures required by Fed. R. Civ. P. 26(a)(2) must be served by plaintiff by **October 23, 2023,** and by defendants by **November 22, 2023.**

6. Any deposition of plaintiff must be taken by **November 22, 2023.**

    a. Leave of court to take the deposition is granted pursuant to Federal Rule of Civil Procedure 30(a)(2)(B). The deposition may be taken by telephone or videoconference at defendants' option.

7. Discovery limits.

    a. Interrogatories: No more than 25 (including discrete subparts) by each party to any other party.

    b. Requests for production of documents: No more than 15 from each party to any other party.

    c. Requests for admissions: No more than 10 from each party to any other party.

d. Depositions: Because of the logistical problems involved, self-represented incarcerated parties may not take depositions without prior court permission, which will be granted only on a showing of exceptional circumstances.

8. Discovery disputes. The court will not entertain any motion to compel discovery, for sanctions, for a protective order, or the like unless and until the parties have conferred in good faith, in person or by telephone if possible, and attempted to resolve the dispute without court intervention. *See* Federal Rule of Civil Procedure Rule 37(a) and D. Kan. Rule 37.2.

9. If the parties seek entry of a pretrial order **before filing dispositive motions**, they must submit a jointly proposed pretrial order by **January 19, 2024.** Thereafter, the court will set a final pretrial conference.

   a. Defense counsel is responsible for initiating drafting the proposed pretrial order in the form on the court's website:

      http://ksd.uscourts.gov/index.php/forms/?open=CivilForms

   b. Defense counsel must submit the parties' proposed pretrial order (formatted in MS Word) as an attachment to an e-mail sent to ksd_mitchell_chambers@ksd.uscourts.gov. The proposed pretrial order should not be filed with the Clerk's Office.

10. If the parties submit a proposed pretrial order, dispositive motions (e.g., for summary judgment) must be filed by **February 16, 2024.** Otherwise, dispositive motions must be filed by **January 19, 2024**, and the court will convene a pretrial conference after all dispositive motions are decided.

4

This scheduling order will not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated August 21, 2023, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge

4