# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAMIAN M. BATEAST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case. No. 22-3093-DDC-ADM |
| | ) |
| OLUWATOSIN S. ORUNSOLU, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF CORRECTED NAME

This is to notify the court and the parties that the name of Defendant "Asbury K. Latham" is misspelled in the complaint and on the docket. The defendant's full name is "Asbury Keith Lathrom, Jr." *See* Exhibit A.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of August, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Natasha Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
natasha.carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

Robert E. Wasinger
Ellsworth Correctional Facility
1607 State St., PO Box 107
Ellsworth, KS 67439
*Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above was served by means of first-class mail, postage prepaid, addressed to:

Damian M. Bateast, #118348
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504
*Plaintiff, pro se*

                                              */s/ Matthew L. Shoger*
                                              Matthew L. Shoger
                                              Assistant Attorney General

Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAMIAN M. BATEAST, | ) |
| Plaintiff, | ) |
| v. | ) Case. No. 22-3093-JWL-JPO |
| OLUWATOSIN S. ORUNSOLU, *et al.*, | ) |
| Defendants. | ) |

### DECLARATION OF ONE AND THE SAME

I, Asbury Keith Lathrom, Jr., being of lawful age, let it be known that Asbury Keith Lathrom, Jr.; A. Keith Lathrom, Jr.; A. Keith Lathrom; and – due to a misspelling by the plaintiff in the current lawsuit – Asbury Latham, are in fact one and the same person.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___ day of August, 2023.

Asbury Keith Lathrom, Jr.