# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DAMIAN M. BATEAST,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case. No. 22-3093-DDC-ADM |
| **OLUWATOSIN S. ORUNSOLU,** *et al.*, | ) |
| **Defendants.** | ) |

## CLERK'S FOURTEEN-DAY EXTENSION

Pursuant to D. Kan. Rule 77.2, it is hereby ordered that the Defendants, Dana Flores, Eric Freeman, Adam Knapp, A. Keith Lathrom, Jr., Malty Martin, Oluwatosin Orunsolu, and Orlando Perez, be given an additional fourteen (14) days in which to answer or otherwise plead to Plaintiff's Amended Complaint (Doc. 6). This is Defendants' first request for an extension. Defendants' original deadline to answer or otherwise plead was August 21, 2023. The time to answer has not expired. The answer or other responsive pleading for Defendants is now due on or before September 4, 2023.

IT IS SO ORDERED.

Dated: this __21st__ day of August, 2023.

Clerk of the U.S. District Court
For the District of Kansas

s/ J. Kendall
By: Deputy Clerk

Prepared by:

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

# **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of August, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

    Natasha Carter
    Kansas Department of Corrections
    714 SW Jackson, Suite 300
    Topeka, KS 66603
    natasha.carter@ks.gov
    *Attorney for Kansas Department of Corrections, Interested Party*

    Robert E. Wasinger
    Ellsworth Correctional Facility
    1607 State St., PO Box 107
    Ellsworth, KS 67439
    *Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above was served by means of first-class mail, postage prepaid, addressed to:

    Damian M. Bateast, #118348
    Hutchinson Correctional Facility
    P.O. Box 1568
    Hutchinson, KS 67504
    *Plaintiff, pro se*

                                                */s/ Matthew L. Shoger*
                                                Matthew L. Shoger
                                                Assistant Attorney General