**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **DAMIAN M. BATEAST,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case. No. 22-3093-DDC-ADM** |
| ) | |
| **OLUWATOSIN S. ORUNSOLU,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## <u>DEFENDANT'S MOTION FOR EXTENSION OF TIME</u>

Defendants Dana Flores, Eric Freeman, Adam Knapp, A. Keith Lathrom, Jr., Malty Martin,

Oluwatosin Orunsolu, and Orlando Perez (the "KDOC Defendants") respectfully move this Court,

through Assistant Attorney General Matthew L. Shoger, for an order allowing an additional

fourteen (14) days in which to file a dispositive motion. In support of the requested extension, the

Defendants state the following:

1.      Currently, Defendants must file their dispositive motion by September 5, 2023.

2.      Defendant has previously received a 14-day clerk's extension as to this deadline.

3.      Defendant has not conferred with the Plaintiff in this matter.

4.      Good cause exists for the requested motion.

5.      This Motion is made in good faith and is not presented for the purpose of delay.

The extension is requested due to the press of other business and the undersigned counsel's

previously scheduled obligations.

For these reasons, Defendants request this Court enter an Order granting an extension of

the time allowing fourteen days to file a dispositive motion, and any further relief this Court deems

just and proper.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for KDOC Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 30th day of August, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

> Natasha Carter
> Kansas Department of Corrections
> 714 SW Jackson, Suite 300
> Topeka, KS 66603
> natasha.carter@ks.gov
> *Attorney for Kansas Department of Corrections, Interested Party*

> Robert E. Wasinger
> Ellsworth Correctional Facility
> 1607 State St., PO Box 107
> Ellsworth, KS 67439
> *Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above was served by means of first-class mail, postage prepaid, addressed to:

> Damian M. Bateast, #118348
> Hutchinson Correctional Facility
> P.O. Box 1568
> Hutchinson, KS 67504
> *Plaintiff, pro se*

> */s/ Matthew L. Shoger*
> Matthew L. Shoger
> Assistant Attorney General

3