IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DAMIAN M. BATEAST,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case. No. 22-3093-DDC-ADM |
| | ) |
| **OLUWATOSIN S. ORUNSOLU,** *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

Defendants Dana Flores, Eric Freeman, Adam Knapp, A. Keith Lathrom, Jr., Malty Martin, Oluwatosin Orunsolu, and Orlando Perez (the "KDOC Defendants") respectfully move this Court, through Assistant Attorney General Matthew L. Shoger, for an order allowing an additional fourteen (14) days in which to file a response to Plaintiff's Amended Complaint (Doc. 6). In support of the requested extension, the Defendants state the following:

1. Currently, Defendants must respond by September 19, 2023.

2. Defendant has previously received a 14-day clerk's extension and an additional 14-day extension as to this deadline.

3. Defendant has not conferred with the Plaintiff in this matter.

4. Good cause exists for the requested motion.

5. This Motion is made in good faith and is not presented for the purpose of delay. The extension is requested due to the press of other business and the undersigned counsel's previously scheduled obligations.

For these reasons, Defendants request this Court enter an Order granting an extension of the time allowing fourteen days to answer or otherwise plead to Plaintiff's Amended Complaint, and any further relief this Court deems just and proper.

    Respectfully submitted,

    OFFICE OF ATTORNEY GENERAL
    KRIS W. KOBACH

    */s/ Matthew L. Shoger*
    Matthew L. Shoger, KS No. 28151
    Assistant Attorney General
    120 SW 10th Avenue, 2nd Floor
    Topeka, Kansas 66612-1597
    matt.shoger@ag.ks.gov
    (785) 296-2215
    Fax: (785) 291-3767
    *Attorney for KDOC Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

    Natasha Carter
    Kansas Department of Corrections
    714 SW Jackson, Suite 300
    Topeka, KS 66603
    natasha.carter@ks.gov
    *Attorney for Kansas Department of Corrections, Interested Party*

    Robert E. Wasinger
    Ellsworth Correctional Facility
    1607 State St., PO Box 107
    Ellsworth, KS 67439
    *Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above was served by means of first-class mail, postage prepaid, addressed to:

    Damian M. Bateast, #118348
    Hutchinson Correctional Facility
    P.O. Box 1568
    Hutchinson, KS 67504
    *Plaintiff, pro se*

    */s/ Matthew L. Shoger*
    Matthew L. Shoger
    Assistant Attorney General