IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAMIAN M. BATEAST )
)
Plaintiff(s), )
)
v. )   Case No. 22-3093-DDC-ADM
)
OLUWATOSIN S. ORUNSOLU )
et. al., )
)
Defendant(s) )

## NOTICE OF CHANGE OF ADDRESS

Pursuant to District of Kansas Rule 5.1(3), the undersigned hereby notifies the court of his/her change of address effective 10 / 11 /20 23:

Name: DAMIAN M. BATEAST
Mailing Address: 2926 S. Virginia Ave
City: Joplin
State: MO
ZIP Code: 64804
Telephone Number: 1-620-249-9389
Email Address: Damianbateast103@gmail.com

Signature of: (Plaintiff) / Defendant   *(circle one)*

DAMIAN M. BATEAST
Printed Name

Dated: 10/11/2023
(Rev. 10/23)