IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAMIAN M. BATEAST
    PLAINTIFF

VS.

                    CASE NO. 22-3093

OLUWATOSIN S. OGUNSOLU, et. al
    DEFENDANTS

## MOTION TO AMEND COMPLAINT

Comes now, Damian M. Bateast, Pro Se Plaintiff and respectfully moves this Honorable Court to allow amendment of his complaint to add and establish defendants in this case. In support of this motion Plaintiff states the following:

1. Plaintiff respectfully request this Court to reestablish Gordon C. Harrod, the medical provider at El Dorado Correctional Facility as a Defendant in this case. Gordon C. Harrod was terminated as a Defendant on 7/05/2022 and identified as John Doe #2 in Count III of the complaint. His decision reiterated in Count III of the complaint as medical provider at El Dorado Correctional Facility on 6/28/2020 caused plaintiff to suffer serious substaintial pain. For this reason Plaintiff requests the court to allow amendment of his complaint to reestablish Gordon C. Harrod as a Defendant in this case.

2. Plaintiff respectfully requests this Honorable Court to identify Denise Mislap as Jane Doe in Count III of the complaint. Denise Mislap's actions did, purposely cause plaintiff to suffer in serious substaintial pain on 6/26/2020 by denying plaintiff access to medical

1.

personnel qualified to excercise professional judgement about my serious symptoms and injuries which delayed access to medical treatment. Denise Mislap's actions are reiterated in Count III of the Complaint. For this reason Plantiff requests the Court to allow admendment of the complaint to identify Denise Mislap as Jane Doe Nurse in Count III and add her as a Defendant in this case.

For these reasons Plantiff requests the Court to move on his behalf and Grant his motion to amend his complaint.

Pursuant to 28 U.S.C. §1746. I declare under penalty of perjury that the foregoing is true and correct.
Executed on 10-23-2023

Damian M. Bateast
2926 S. Virginia Ave
Joplin, MO 64804