IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAMIAN M. BATEAST, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | )   Case. No. 22-3093-DDC-ADM |
| | ) |
| OLUWATOSIN S. ORUNSOLU, *et al.*, | ) |
| | ) |
|        Defendants. | ) |
| | ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO AMEND**

Defendants Dana Flores, Eric Freeman, Adam Knapp, A. Keith Lathrom, Jr., Malty Martin, Oluwatosin Orunsolu, and Orlando Perez (the "KDOC Defendants") respectfully do not take a position on Plaintiff's Motion to Amend Complaint (Doc. 60). Plaintiff seeks only to add or identify new defendants who are not alleged to be current or former KDOC employees. (Doc. 60; *see also* Doc. 60-1 at 1, 4.) Plaintiff no longer includes any unidentified "John Doe" or "Jane Doe" defendants. (*Compare* Doc. 60-1 at 1-4 *with* Doc. 6-2 at 4-8.) In his proposed Second Amended Complaint, Plaintiff incorporates changes already made in this case, including dropping the dismissed defendant El Dorado Correctional Facility (*see* Doc. 8 at 4, 6), dropping defendants Coy Gannon and Brandon Gaines and replacing them with defendants Alexander Gannon and Mason Gaines (*see* Doc. 35 (ordering these substitutions); Doc. 34 at 9, 13 (requesting these substitutions, including requesting that Coy Gannon being terminated from the case); Doc. 16 at 1 (entry of appearance for defendant Coy Gannon))[1], and using his current address of record (*see* Doc. 56). (*See* Doc. 60-1 at 1.)

---

[1] The undersigned counsel here points out specifics here regarding Coy Gannon because the Court's docket incorrectly lists the undersigned counsel as having entered an appearance for

The KDOC Defendants note that the proposed changes do not affect any claims against the KDOC Defendants. Plaintiff has not proposed any material changes to these claims (or it appears any material changes beyond the simple changes mentioned above). Therefore, the Motion to Amend Complaint is moot with regard to, is not responsive to, does not mention, and should not have any effect on the KDOC Defendants' asserted grounds for dismissal as expressed in their Memorandum in Support of their Motion to Dismiss (Docs. 52-53).

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for the KDOC Defendants*

---

*Alexander* Gannon. But Coy Gannon and Alexander Gannon are not the same person, and the undersigned counsel has only entered an appearance for *Coy* Gannon, who has been effectively terminated from this case. (*See also* Doc. 53 at 2.)

# **CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of November, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Natasha Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
natasha.carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

Robert E. Wasinger
Ellsworth Correctional Facility
1607 State St., PO Box 107
Ellsworth, KS 67439
*Attorney for Kansas Department of Corrections, Interested Party*

I also certify that I caused a copy of the above to be served by means of first-class mail, postage prepaid, addressed to:

Damian M. Bateast
2926 S. Virginia Avenue
Joplin, Missouri 64804
*Plaintiff, pro se*

                                                        */s/ Matthew L. Shoger*
                                                        Matthew L. Shoger
                                                        Assistant Attorney General