IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAMIAN M. BATEAST,

    Plaintiff,

    v.

OLUWATOSIN S. ORUNSOLU, *et al.,*

    Defendants.

Case No. 22-3093-DDC-ADM

**ORDER**

    This matter comes before the court on plaintiff Damian M. Bateast's ("Bateast") Motion to Amend Complaint. (ECF 60.) By way of this motion, Bateast seeks leave to amend his complaint to incorporate changes already made in this case by court order—namely, in the court's initial screening order and the order after the Kansas Department of Corrections filed the *Martinez* report. (*See* ECF 8, 22, 35.) The proposed amended complaint no longer includes any unidentified "John Doe" or "Jane Doe" defendants, drops the dismissed defendant El Dorado Correctional Facility, drops defendants Coy Gannon and Brandon Gaines and replaces them with defendants Alexander Gannon and Mason Gaines, and uses Bateast's current address of record. Bateast previewed some of these changes in his response to the *Martinez* report, such as the addition of Mason Gaines as a defendant in place of Brandon Gaines and the addition of Alexander Gannon as defendant in place of Coy Gannon. (ECF 34, at 9, 13.)

    Defendants Dana Flores, Eric Freeman, Adam Knapp, A. Keith Lathrom, Jr., Malty Martin, Oluwatosin Orunsolu, and Orlando Perez (the "KDOC Defendants") state that they "do not take a position" on the motion because Bateast "seeks only to add or identify new defendants who are not alleged to be current or former KDOC employees." (ECF 62, at 1.) Because Bateast appears

2

to have not proposed any material changes to his claims against the KDOC Defendants, they assert that "the proposed changes do not affect any claims against the KDOC Defendants" and do not affect their asserted grounds for dismissal expressed in their motion to dismiss. (*Id*. at 2.) Accordingly, the court grants Bateast's motion as unopposed. *See* FED. R. CIV. P. 15(a)(2) (allowing a party to amend its pleading "only with the opposing party's written consent or the court's leave" if the party cannot otherwise amend its pleading as a matter of course).

**IT IS THEREFORE ORDERED** that plaintiff Damian M. Bateast's Motion to Amend Complaint (ECF 60) is granted. Bateast must file his Second Amended Complaint as a separate docket entry within five calendar days from the date of this order.

**IT IS FURTHER ORDERED** that, also within five calendar days from the date of this order, plaintiff must provide the Clerk with the current addresses of the newly-added defendants, Alexander Gannon and Mason Gaines, so that the Clerk may issue summons to the U.S. Marshal or Deputy Marshal, who are appointed pursuant to Fed. R. Civ. P. 4(c)(3) to effectuate service upon them.

**IT IS SO ORDERED.**

Dated November 13, 2023, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge