IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAMIAN M. BATEAST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case. No. 22-3093-DDC-ADM |
| | ) |
| OLUWATOSIN S. ORUNSOLU, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION TO DISMISS

Defendants Dana Flores, Eric Freeman, Adam Knapp, A. Keith Lathrom, Jr., Malty Martin, Oluwatosin Orunsolu, and Orlando Perez (the "KDOC Defendants") respectfully request that this Court dismiss all claims against them pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). In accordance with D. Kan. Rule 7.1(a), a memorandum in support is filed with this motion.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for the KDOC Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of November, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Natasha Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
natasha.carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

Robert E. Wasinger
Ellsworth Correctional Facility
1607 State St., PO Box 107
Ellsworth, KS 67439
*Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above will be served by means of first-class mail on the 22nd day of November, 2023, postage prepaid, addressed to:

Damian M. Bateast, #118348
2926 S. Virginia Avenue
Joplin, Missouri 64804
*Plaintiff, pro se*

                                          */s/ Matthew L. Shoger*
                                          Matthew L. Shoger
                                          Assistant Attorney General