

**Kansas**
Department of Corrections
Laura Kelly, Governor
Jeff Zmuda, Secretary

# Locating a resident

by Nancy Burghart — last modified May 25, 2023 11:07 AM

**How do I know where a resident is housed?**

You may check a resident's location and status on the Kansas Adult Supervised Population Electronic Repository (KASPER) located on the KDOC's website. Information is updated daily, excluding weekends.

KASPER is a database which contains information about offenders sentenced to the custody of the Secretary of Corrections since 1980. KASPER contains information regarding those who are: currently incarcerated; under post-incarceration supervision; and, who have been discharged from a sentence. KASPER does not have information available about inmates sent to Kansas under the provisions of the interstate compact agreement.

The information contained in KASPER is public information under provisions of Kansas statute and is made available to the public and law enforcement in the interest of public safety. No names are removed from the database unless a conviction is removed from the public record by one of three ways: one, if the conviction is overturned by means of an appeal; two, if the conviction is expunged; or three, if an offender is granted executive clemency.

Through KASPER you can find:

- Name and KDOC Registration Number;
- Physical description (date of birth, height, weight, hair and eye color, body markings, including photograph);
- Conviction description (crime(s) of conviction, county, case number);
- Anticipated release date;
- Inmate housing location (current location and facility movements, including movement dates, location of parole office maintaining supervision);
- Custody or supervision level (Whether an offender has been released to post-incarceration supervision (parole, conditional release, post-release supervision, compact probation or parole); and,
- Institutional disciplinary record (violations for which offender was found guilty).

Please note that release dates may change and are contingent upon good time and program credit earnings and forfeitures.

Specific questions regarding an inmate's release date should be directed to the KDOC's sentence computation unit at (785) 296-3317 or by e-mail.

# Names

| Name Type | Name |
|---|---|
| Conviction | BATEAST, DAMIAN MIGEL |
| True | BATEAST, DAMIAN MIGEL SR |



(/kasper/search/image?
kdocNumber=0118348&imageNumber=1)

**BATEAST, DAMIAN MIGEL**

**Approx Picture Date**

2022-10-17

# Birthdates

| Birthdate Type | Birthdate | Age |
|---|---|---|
| True | Aug 08, 1985 | 38 |

# Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|---|---|---|---|---|---|
| Brown | Black | 5'-6" | 163 | Male | Black |

# Current Status reported by Dept. of Corrections

**Current Status**  Post Incarceration

**Date**  Sep 15, 2023

**Current Location**  Missouri State

## Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Crawford | 16CR57G | Jan 15, 2016 | Aug 30, 2017 | N/A | Dist/poss int dis heroin or meth lt1g | 1 | Drug-grid Severity Level 4 | Active | KS |
| Crawford | 13CR54G | Mar 04, 2012 | Dec 02, 2013 | N/A | Agg Battery - Bodily Harm Ddly Weapon/Manner | 1 | Non Drug-Grid Severity Level 7 | Active | KS |
| Crawford | 16CR46G | Nov 03, 2015 | May 18, 2017 | N/A | Dist/poss int dis heroin or meth lt1g | 1 | Drug-grid Severity Level 4 | Active | KS |
| Crawford | 16CR46G | Nov 04, 2015 | May 18, 2017 | N/A | Dist/poss int dis heroin or meth lt1g | 1 | Drug-grid Severity Level 4 | Active | KS |

(I) If Number includes  JV  : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.

(II) If Status includes * : Denotes Active for Post Release Supervision Only.

## KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
|---|---|---|
| Missouri State | Sep 15, 2023 | Out-of-State Post Release |
| Hutchinson CF-Central | Aug 02, 2023 | Inter-Facility Movement |
| Lansing CF-Central | Oct 17, 2022 | Inter-Facility Movement |
| El Dorado CF-Central | Oct 19, 2021 | Inter-Facility Movement |
| Lansing CF-Central | Sep 17, 2021 | Returned From Court Appearance |
| Crawford County | Sep 16, 2021 | Released For Court Appearance |
| El Dorado CF-Central | Apr 26, 2019 | Returned From Court Appearance |
| Crawford County | Apr 24, 2019 | Released For Court Appearance |
| El Dorado CF-Central | Mar 21, 2019 | Returned From Court Appearance |

Kansas Department of Corrections

| Location | Movement Date | Movement Reason |
|----------|---------------|-----------------|
| Crawford County | Mar 19, 2019 | Released For Court Appearance |
| El Dorado CF-Central | Jan 10, 2019 | Inter-Facility Movement |
| Ellsworth CF | Apr 17, 2018 | Inter-Facility Movement |
| El Dorado CF-RDU | Feb 13, 2018 | Probation Viol. New Sentence |

## Completed Programs

| Name | Completion Date |
|------|-----------------|
| Taking a Chance on Change | Sep 01, 2023 |

## KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|------|-------|----------|----------------|
| Feb 10, 2023 | 1 | Lansing Correctional Facility - Central | Undue Familiarity |
| Jan 21, 2023 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Oct 22, 2020 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| May 22, 2020 | 1 | El Dorado Correctional Fac. - Central | Fighting |
| Mar 20, 2020 | 1 | El Dorado Correctional Fac. - Central | Theft |
| Feb 25, 2020 | 2 | El Dorado Correctional Fac. - Central | Violation of Published Orders |
| Feb 24, 2020 | 1 | El Dorado Correctional Fac. - Central | Violation of Published Orders |
| Dec 04, 2019 | 1 | El Dorado Correctional Fac. - Central | Dangerous Contraband |
| Oct 11, 2019 | 1 | El Dorado Correctional Fac. - Central | Undue Familiarity |
| Jul 05, 2019 | 1 | El Dorado Correctional Fac. - Central | Disobeying Orders |
| Jun 28, 2019 | 1 | El Dorado Correctional Fac. - Central | Fighting |
| Jun 28, 2019 | 2 | El Dorado Correctional Fac. - Central | Restr Area/Unauth Presence |