**Exhibit B**



# INTERNAL MANAGEMENT POLICY & PROCEDURE

**Kansas Department of Corrections**

**Applicability:**  _ ADULT Operations Only   _ JUVENILE Operations Only  **X** DEPARTMENT-WIDE

---

**IMPP #: 12-129D**                                                                                                  **PAGE #: 1 of 6**

**SECURITY AND CONTROL: Clothing and Linen Issue; Resident Hygiene and Appearance**

**Original Date Issued: 11-22-16    Replaces IMPP Issued: 11-22-16    CURRENT EFFECTIVE DATE: 02-16-22**

**Approved By:** _[signature]_ **, Secretary**   **Next Scheduled Review:** 11/ 2025

---

## POLICY

Residents are to be provided adequate clothing which is suitable to climatic conditions and work assignments and access to appropriately maintained facilities. Clean, suitable bedding and linen is to be provided with provisions of cleaning or exchange at least weekly.

Residents are to be allowed limited freedom in personal grooming which is to be consistent with procedures established for minimum personal appearance and hygiene standards.  Such procedures and standards have been developed to ensure safety, security, hygiene, and identification. Residents are to be permitted to possess only those items of personal clothing which are authorized in IMPP 12-120A. Sunglasses are not to be worn inside buildings unless prescribed by the Facility Clinical Health Authority.

Residents are to be prohibited from altering from the original state any item of clothing issued or approved as personal property without the approval of the warden/superintendent or designee.

## DEFINITIONS

Cold Weather Season:  That period when special issue clothing items may be distributed, generally between September 15th and April 15th, with modifications for unusual weather at the discretion of the warden/superintendent.

Facility Clinical Health Authority:  The onsite Medical Director responsible to the Regional Medical Director for all clinical matters and to the Health Services Administrator for all administrative matters.

Health Care Practitioner:  A person who has met the requirements of and is engaged in the practice of medicine, dentistry, or nursing.

Health Services Administrator (HSA):  The staff member responsible for the provision of health care services at a facility.

Standard Resident Clothing:  Those items of wearing apparel issued to each resident.

Special Resident Clothing:  Those items of wearing apparel issued to offenders either in addition to or in lieu of standard offender clothing based upon each resident's current work assignment or as ordered by the Health Care Practitioner.

Weather Protective Clothing:  Clothing suitable and adequate to protect the resident from climatic conditions and duty assignments, including protection from the cold during cold weather season and from the rain, including adequate rain gear when moving from building to building.  This clothing is to include coveralls and rain gear.

**PROCEDURES**

I. **Standard Issue of Clothing Items**

    A.    Resident standard issue clothing is to be provided as listed in Attachment A (adult) or Attachment B (juvenile) of this policy.

II. **Weather Protective Clothing**

    A.    Adequate weather protective clothing, suitable to climatic conditions and work assignments, is to be made available to all residents.

        1.    Weather protective clothing may be provided in any of the following manners:

            a.    Issued as a part of the standard resident clothing issue pursuant to Section I.A. above, with the resident retaining the clothing throughout the period of confinement at the issuing facility;

            b.    Issued as special resident clothing pursuant to Section III.B. below, with the resident retaining the clothing for the duration of the special job assignment; or,

            c.    Issued for temporary situational use by the resident during the period of inclement weather.

        2.    The manner of distribution of weather protective clothing is to be determined by the Warden/Superintendent, consistent with the facility's physical plant and the nature of movement and activities at the facility that expose offenders to the weather elements.

III. **Special Issue Clothing Items**

    A.    Special Clothing for Resident Work Details

        1.    Residents assigned to food service or clinical/administrative porter jobs are to be issued:

            a.    **JUVENILE:**  A white or gray jumpsuit;

            b.    **ADULT:**  A white short-sleeve, button front shirt/blouse with breast pocket and white trousers; or,

            c.    A white apron to be worn with a T-shirt and blue jeans.

        2.    **ADULT:**  Residents assigned to outdoor job assignments are to be issued either predominantly red or clear weather protective outer clothing and a red ball cap/stocking cap in addition to the standard clothing

            a.    Headgear is to be required wear for all residents assigned to outdoor job assignments.

                (1)    Headgear may be issued to other residents at the discretion of the Warden/Superintendent.

            b.    Except as indicated below, red insulated coveralls may be issued to residents as dictated by weather conditions.

                (1)    Any coveralls issued to residents housed at the Topeka Correctional Facility (TCF) are to be either tan or brown in color.

        3.    Protective footwear may be provided when determined necessary in certain job assignments.

    a. Slip resistant soles are to be provided to residents working in food service.

B.  Restrictive Housing Clothing

  1. Except for those residents classified as being in restrictive housing for orientation purposes, residents in restrictive housing are to be attired in a distinctively colored uniform that sets them apart from other members of the resident population.

C.  Transportation/In-transit Clothing

  1. All residents being transported by KDOC personnel as a part of an inter-facility transfer are to be dressed in orange attire.

  2. An orange uniform may be utilized for any transportation/escort situation at the discretion of the facility Warden/Superintendent.

  3. **ADULT:** The orange uniform is not to be utilized for any purpose other than transportation/in-transit attire.

D.  Clothing Ordered by Health Care Practitioner

  1. Special issue clothing items may be ordered as medically necessary by the Health Care Practitioner.

  2. The Health Services Administrator is to notify the facility of medically necessary clothing items.

E.  **ADULT**: Residents participating in work release programs, per IMPP 15-101A, are not to be issued clothing but are to be permitted to wear personal clothing as specified by General Orders. (K.A.R. 44-8-107)

  1. This is not to preclude the issue of suitable "civilian" clothing to be worn until personal clothing can be obtained.

## IV. Clothing Issue Procedures and Quantities

A.  Each Warden/Superintendent is to ensure that the annual budget request for resident clothing is in accordance with issued budget preparation instructions.

B.  There is to be an accurate record established and maintained which reflects the description and quantity of clothing issued to each individual resident.

C.  Upon inter-facility transfer or authorized release, all state-issued resident clothing is to be returned to the point of issue and quantities returned are to be checked against issue records.

  1. Facilities are to return the tennis shoes or "croc" style plastic shoes worn by residents transferred from TCF-RDU or EDCF-RDU to the clothing issue office of the sending facility when the resident is received.

## V. Maintenance, Care and Wearing of Clothing

A.  All clothing is to be issued to fit properly and is to be clean and in good repair when issued.

B.  Trousers are to be worn fully fastened and zipped, and trouser legs are to be hemmed.

C.  Shirts are to be buttoned except for the collar button.

D.  Except as otherwise specified below, all shirts are to be worn tucked into the trousers.

    1. Residents may wear their shirts untucked when present within their living unit or while engaged in approved recreational activity.

E. While residents are on work assignments or participating in programs of vocational education, academic education, or treatment-type programs, only standard issued clothing is to be worn (see Sections I.A. above), except that:

    1. Personal tennis shoes and/or boots may be worn unless the wearing of such footwear presents a safety hazard. Each Warden/Superintendent is to determine the situations that involve a safety hazard.

    2. **ADULT:** Personal clothing may be worn on job assignments established under the provisions of IMPP 10-125 or any other job assignment authorized by the Secretary of Corrections, provided that the wearing of such clothing is mutually agreed to by the Warden and designee of the agency/organization for which the labor is provided.

        a. In those situations where the wearing of personal clothing is preferred, but the resident is not permitted to possess personal clothing per IMPP 12-120A, the Warden is to have the discretion to accommodate the situation and implement a mutually agreeable alternative with the agency/organization involved.

F. **ADULT:** During warm weather months, red ball caps are to be worn by all minimum custody residents working outside the secured perimeter. During cold weather months, only red stocking caps may be substituted for the red ball cap.

    1. The cap brim is to be worn face forward, and is to be bent neither upward or downward.

    2. Caps are to bear no writing or facility designation.

    3. Ball caps or stocking caps are not to be worn inside, except as required for safety purposes as determined by the Warden.

G. Footwear is to be worn fully on the foot, fully laced and fastened.

    1. **ADULT:** Footwear is to be polished and kept in good repair at all times.

H. Belts are to be worn properly at all times.

I. Items of clothing that would otherwise be permitted but, when worn, are considered immodest or provocative are not to be allowed.

    1. The Warden/Superintendent or their designee is to be responsible for determining the appropriateness or inappropriateness of any item of clothing. The decision is to be final.

J. Residents are not to be permitted to alter any article of clothing in any fashion.

    1. Trousers are not to be tucked, rolled, pleated or bloused.

K. Unless personal clothing is permitted at the facility, standard resident clothing (per Section I. above) is only to be worn during visitation and during escorted trips from the facility.

    1. The wearing of recreational issue clothing during these times is prohibited.

    2. The exception is to be rain gear, which is permitted for use as necessary to move from building to building within the facility, or to the destined location outside the facility, if the weather requires.

        a. Rain gear is to be permitted for use on such occasions whether issued as special

        resident clothing or temporary issuance, pursuant to Section III.A. above.

L. Any staff observing residents in ill fitting, torn, or otherwise unsuitable clothing are to make a report to the resident's assigned Corrections Counselor. The Corrections Counselor is to take such action as is necessary to resolve the problem.

## VI. Bedding and Linen Supplies

A. Residents are to be issued usable, suitable, clean bedding and linen, including three bath towels, two hand towels, three wash clothes, two (2) sheets, one pillow and one pillowcase, one mattress, and two blankets/bedspreads.

B. At least weekly, blankets, sheets, and pillowcase are to be exchanged for a clean issue of the same.

    1. Towels and washcloths are to be exchanged and/or cleaned at least three (3) times per week.

## VII. Personal Hygiene and Bathing Standards

A. Wardens/Superintendents are to establish general orders whereby all residents, including those in restrictive housing, are to be permitted to shower and shave no less than three (3) times weekly.

    1. Showering for individual residents in restrictive housing may be less than three (3) times per week if valid security risks exist, as determined by the Warden/Superintendent.

    2. If the number of permitted showers is reduced, such is to be documented with justification in writing.

B. When possible, bathing/showering is permitted and encouraged daily and following strenuous exercise.

C. All residents are to keep themselves, including their clothes, neat and clean as conditions permit.

## VIII. Resident Hair Standards

A. Resident hair standards are to be in accordance with K.A.R. 44-12-106 (adult) or K.A.R. 123-12-106 (juvenile).

    1. **ADULT:** Residents with mustaches, assigned to food service, are not to be required to wear facial masks unless mandated for all residents/workers.

B. Residents assigned to industrial or other work assignments are to maintain their hair in a manner which will not create a safety hazard, in accordance with Occupational Safety and Health Agency (OSHA) requirements.

C. Hair care services that are culturally appropriate and comply with applicable regulatory requirements are to be available to all residents.

    1. Work release residents may be required to pay for and obtain hair care services in the community.

**NOTE:** The policy and procedures set forth herein are intended to establish directives and guidelines for staff, residents, and offenders and those entities that are contractually bound to adhere to them. They are not intended to establish State created liberty interests for employees, residents, or offenders, or an independent duty owed by the Department of Corrections to employees, residents, offenders, or third parties. Similarly, those references to the standards of various accrediting entities as may be contained within this document are included solely to manifest the commonality of purpose and direction as shared by the content of the document and the content of the referenced standards. Any such references within this document neither imply accredited status by a

Departmental facility or organizational unit, nor indicate compliance with the standards so cited. The policy and procedures contained within this document are intended to be compliant with all applicable statutes and/or regulatory requirements of the Federal Government and the state of Kansas. This policy and procedure is not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

**REPORTS REQUIRED**

None.

**REFERENCES**

K.A.R. 44-12-106, 123-12-106
IMPP 10-125, 12-120A, 15-101A

**HISTORY**

11-22-16 Original
02-16-22 Revision 1

**ATTACHMENTS**

| Attachment | Title of Attachment | Page Total |
|---|---|---|
| A | Adult Facilities Standard Resident Clothing | 1 page |
| B | Juvenile Facilities Standard Resident Clothing | 1 page |

Attachment A, IMPP 12-129D
Effective 11-22-16

# KANSAS DEPARTMENT OF CORRECTIONS
## ADULT FACILITIES

| Standard Resident Clothing | Male | | Female | |
|---|---|---|---|---|
| | Standard Issue | RDU | Standard Issue | Evaluation/ Assessment |
| White under-shorts | ✓ | ✓ | | |
| White socks | ✓ | ✓ | ✓ | ✓ |
| Blue denim trousers | ✓ | | ✓ | |
| Light blue or gray, short sleeve t-shirt with breast pocket | ✓ | | | |
| Brown or black, brogan style boots | ✓ | | ✓ | |
| Navy blue web belt with detachable military style buckle | ✓ | | ✓ | |
| Blue denim ¾ length jacket with blanket lining, in season | ✓ | ✓ | ✓ | ✓ |
| Underpants | | | ✓ | ✓ |
| White brassieres | | | ✓ | ✓ |
| Nightgown | | | ✓ | |
| Navy Blue Twill, or Hunter Green twill trousers | | | ✓ | |
| Navy Blue or Hunter Green shorts | | | ✓ | |
| Blue or Rose short sleeve, button front or pull over blouses with breast pockets | ✓ | | ✓ | |
| Red two-piece uniforms or one-piece coveralls | | ✓ | | ✓ |
| Tennis shoes or "Croc™" style foam clogs | | ✓ | | ✓ |

Attachment B, IMPP 12-129D
Effective 02-16-22

# KANSAS DEPARTMENT OF CORRECTIONS
## JUVENILE FACILITIES

| Resident Clothing | Male | | Female | |
|---|---|---|---|---|
| | KJCC | RDU | Standard Issue | RDU |
| White under-shorts | ✓ | ✓ | | |
| Underpants | | | ✓ | ✓ |
| White T-shirts | ✓ | ✓ | | |
| White socks | ✓ | ✓ | ✓ | ✓ |
| Blue denim trousers | | | | |
| Light gray polo shirt | | | | |
| California blue polo | | | | |
| Web belt with hook & loop closure | | | | |
| Gray shorts | ✓ | | ✓ | |
| Gray sweatshirt | ✓ | | ✓ | |
| Gray sweatpants | ✓ | | ✓ | |
| Jumpsuit, gray or white | ✓ | ✓ | | |
| Green scrub tops and bottoms | | | | ✓ |
| Blue scrub bottoms | ✓ | | | |
| Gray t-shirt | ✓ | | | |
| Green polo shirt | | | ✓ | |
| Light blue t-shirt | ✓ | | | |
| Purple polo shirt | | | ✓ | |
| Khaki pants | | | ✓ | |
| Bra | | | ✓ | ✓ |

# KANSAS DEPARTMENT OF CORRECTIONS

| | **INTERNAL MANAGEMENT POLICY AND PROCEDURE** | **SECTION NUMBER** 12-129D | **PAGE NUMBER** 1 of 6 |
|---|---|---|---|
| | | **SUBJECT:** SECURITY AND CONTROL: Clothing and Linen Issue; Offender Hygiene and Appearance | |
| **Approved By:** [signature] **Secretary of Corrections** | | **Original Date Issued:** | 11-22-16 |
| | | **Replaces Version Issued:** | N/A |
| | | **CURRENT VERSION EFFECTIVE:** | **11-22-16** |

| **APPLICABILITY:** | _ ADULT Operations Only | _ JUVENILE Operations Only | **X DEPARTMENT-WIDE** |
|---|---|---|---|

## POLICY STATEMENT

Offenders shall be provided adequate clothing which is suitable to climatic conditions and work assignments and access to appropriately maintained facilities. (ACO 2-CO-4D-01, ACI 4-4336) Clean, suitable bedding and linen shall be provided with provisions of cleaning or exchange at least weekly. (ACI 4-4340)

Offenders shall be allowed limited freedom in personal grooming which shall be consistent with procedures established for minimum personal appearance and hygiene standards. Such procedures and standards have been developed to ensure safety, security, hygiene, and identification. (ACI 4-4283, NCCHC P-49) Offenders shall be permitted to possess only those items of personal clothing which are authorized in IMPP 12-120 (adult). Sunglasses shall not be worn inside buildings unless prescribed by the Facility Clinical Health Authority.

Offenders shall be prohibited from altering from the original state any item of clothing issued or approved as personal property without the approval of the warden/superintendent or designee.

## DEFINITIONS

Cold Weather Season: That period when special issue clothing items may be distributed, generally between September 15th and April 15th, with modifications for unusual weather at the discretion of the warden/superintendent.

Facility Clinical Health Authority: The onsite Medical Director responsible to the Regional Medical Director for all clinical matters and to the Health Services Administrator for all administrative matters.

Health Care Practitioner: A person who has met the requirements of and is engaged in the practice of medicine, dentistry, or nursing.

Health Services Administrator (HSA): The staff member responsible for the provision of health care services at a facility.

Standard Offender Clothing: Those items of wearing apparel issued to each offender.

Special Offender Clothing: Those items of wearing apparel issued to offenders either in addition to or in lieu of standard offender clothing based upon each offender's current work assignment or as ordered by the Health Care Practitioner.

Weather Protective Clothing: Clothing suitable and adequate to protect the offender from climatic conditions and duty assignments, including protection from the cold during cold weather season and from the rain, including adequate rain gear when moving from building to building. This clothing shall include coveralls and rain gear.

**PROCEDURES**

I. **Standard Issue of Clothing Items (ACO 2-CO-4D-01)**

   A. Offender standard issue clothing shall be provided as listed in Attachment A (adult) or Attachment B (juvenile) of this policy.

II. **Weather Protective Clothing (ACI 4-4336)**

   A. Adequate weather protective clothing, suitable to climatic conditions and work assignments, shall be made available to all offenders.

      1. Weather protective clothing may be provided in any of the following manners:

         a. Issued as a part of the standard offender clothing issue pursuant to Section I.A. above, with the offender retaining the clothing throughout the period of confinement at the issuing facility;

         b. Issued as special offender clothing pursuant to Section III.B. below, with the offender inmate retaining the clothing for the duration of the special job assignment; or,

         c. Issued for temporary situational use by the offender during the period of inclement weather.

      2. The manner of distribution of weather protective clothing shall be determined by the warden/superintendent, consistent with the facility's physical plant and the nature of movement and activities at the facility that expose offenders to the weather elements.

III. **Special Issue Clothing Items**

   A. Special Clothing for Offender Work Details (ACI 44337; 4-JCF-4B-05)

      1. Offenders assigned to food service or clinical/administrative porter jobs shall be issued:

         a. **JUVENILE:** A white or gray jumpsuit;

         b. **ADULT:** A white short-sleeve, button front shirt/blouse with breast pocket and white trousers; or,

         c. A white apron to be worn with a T-shirt and blue jeans.

      2. **ADULT:** Offenders assigned to outdoor job assignments shall be issued either predominantly red or clear weather protective outer clothing and a red ball cap/stocking cap in addition to the standard clothing

         a. Headgear shall be required wear for all offenders assigned to outdoor job assignments.

            (1) Headgear may be issued to other offenders at the discretion of the warden/superintendent.

         b. Except as indicated below, red insulated coveralls may be issued to offenders as dictated by weather conditions.

    (1) Any coveralls issued to offenders housed at the Topeka Correctional Facility (TCF) shall be either tan or brown in color.

  3. Protective footwear may be provided when determined necessary in certain job assignments.

   a. Slip resistant soles shall be provided to offenders working in food service.

B. Restrictive Housing Clothing

  1. Except for those offenders classified as being in restrictive housing for orientation purposes or for placement in an Intensive Management Unit (IMU), shall be attired in a distinctively colored uniform that sets them apart from other members of the offender population.

C. Transportation/In-transit Clothing

  1. All offenders being transported by KDOC personnel as a part of an inter-facility transfer shall be dressed in orange attire.

  2. An orange uniform may be utilized for any transportation/escort situation at the discretion of the facility warden/superintendent.

  3. **ADULT:** The orange uniform shall not be utilized for any purpose other than transportation/in-transit attire.

D. Clothing Ordered by Health Care Practitioner

  1. Special issue clothing items may be ordered as medically necessary by the Health Care Practitioner.

  2. The Health Services Administrator shall notify the facility of medically necessary clothing items.

E. **ADULT**:  Offenders participating in work release programs, per IMPP 15-101, shall not be issued clothing but shall be permitted to wear personal clothing as specified by General Orders. (K.A.R. 44-8-107)

  a. This shall not preclude the issue of suitable "civilian" clothing to be worn until personal clothing can be obtained.

IV. **Clothing Issue Procedures and Quantities**

A. Each warden/superintendent shall ensure that the annual budget request for offender clothing is in accordance with issued budget preparation instructions.

B. The quantities of clothing items issued shall be determined by the amount of funds actually appropriated for offender clothing.

  1. In the event that the budget appropriation is insufficient to enable the purchase of clothing in the quantities upon which the budget request was made, wardens/superintendents may reduce the quantity of clothing purchased accordingly

  2. While it may be necessary to reduce the quantity of clothing purchased, there shall be no deviation in the type of clothing purchased.

C. There shall be an accurate record established and maintained which reflects the description and quantity of clothing issued to each individual offender.

D. Upon inter-facility transfer or authorized release, all State-issued offender clothing shall be returned to the point of issue and quantities returned shall be checked against issue records.

1. Facilities shall return the tennis shoes or "croc" style plastic shoes worn by offenders transferred from TCF-RDU or EDCF-RDU to the clothing issue office of the sending facility when the offender is received.

V. **Maintenance, Care and Wearing of Clothing**

A. All clothing shall be issued to fit properly and shall be clean and in good repair when issued. (ACI 4-4336; 4-JCF-4B-03)

B. Trousers shall be worn fully fastened and zipped, and trouser legs shall be hemmed.

C. Shirts shall be buttoned except for the collar button.

D. Except as otherwise specified below, all shirts shall be worn tucked into the trousers.

1. Offenders may wear their shirts untucked when present within their living unit or while engaged in approved recreational activity.

E. While offenders are on work assignments or participating in programs of vocational education, academic education, or treatment-type programs, only standard issued clothing shall be worn (see Sections I.A. above), except that:

1. Personal tennis shoes and/or boots may be worn unless the wearing of such footwear presents a safety hazard. Each warden/superintendent shall determine the situations that involve a safety hazard.

2. **ADULT:** Personal clothing may be worn on job assignments established under the provisions of IMPP 10-125 or any other job assignment authorized by the Secretary of Corrections, provided that the wearing of such clothing is mutually agreed to by the warden and designee of the agency/organization for which the labor is provided.

a. In those situations where the wearing of personal clothing is preferred, but the offender is not permitted to possess personal clothing per IMPP 12-120, the warden shall have the discretion to accommodate the situation and implement a mutually agreeable alternative with the agency/organization involved.

F. **ADULT:** During warm weather months, red ball caps shall be worn by all minimum custody offenders working outside the secured perimeter. During cold weather months, only red stocking caps may be substituted for the red ball cap.

1. The cap brim shall be worn face forward, and shall be bent neither upward or downward.

2. Caps shall bear no writing or facility designation.

3. Ball caps or stocking caps shall not be worn inside, except as required for safety purposes as determined by the warden.

G. Footwear shall be worn fully on the foot, fully laced and fastened.

1. **ADULT:** Footwear shall be polished and kept in good repair at all times.

H. Belts shall be worn properly at all times.

I. Items of clothing that would otherwise be permitted but, when worn, are considered immodest or provocative shall not be allowed.

    1. The warden/superintendent or their designee shall be responsible for determining the appropriateness or inappropriateness of any item of clothing. The warden's/superintendent's decision shall be final.

J. Offender shall not be permitted to alter any article of clothing in any fashion.

    1. Trousers shall not be tucked, rolled, pleated or bloused.

K. Unless personal clothing is permitted at the facility, standard offender clothing (per Section I. above) only shall be worn during visitation and during escorted trips from the facility.

    1. The wearing of recreational issue clothing during these times shall be prohibited.

    2. The exception shall be rain gear, which shall be permitted for use as necessary to move from building to building within the facility, or to the destined location outside the facility, if the weather requires.

        a. Rain gear shall be permitted for use on such occasions whether issued as special offender clothing or temporary issuance, pursuant to Section III.A. above.

L. Any staff observing offenders in ill fitting, torn, or otherwise unsuitable clothing shall make a report to the offender's assigned Corrections Counselor. The Corrections Counselor shall take such action as is necessary to resolve the problem.

VI. **Bedding and Linen Supplies (ACO 2-CO-4D-01, ACI 4-4340, 4-JCF-4B-08)**

A. Offenders shall be issued usable, suitable, clean bedding and linen, including towels, two (2) sheets, a pillow and pillowcase, one mattress, and sufficient blankets to provide comfort under existing temperature conditions.

B. At least weekly, blankets, sheets, and pillowcase shall be exchanged for a clean issue of the same.

    1. Towels shall be exchanged and/or cleaned at least three (3) times per week.

VII. **Personal Hygiene and Bathing Standards (ACO 2-CO-4D-01, ACI 4-4283, NCCHC P-49, 4-JCF-4B-10)**

A. Wardens/superintendents shall establish general orders whereby all offenders, including those in restrictive housing, shall be permitted to shower and shave no less than three (3) times weekly.

    1. Showering for offenders in restrictive housing may be less than three (3) times per week if valid security risks exist, as determined by the warden/superintendent.

B. When possible, daily bathing/showering shall be permitted and encouraged daily and following strenuous exercise.

C. All offenders shall keep themselves, including their clothes, neat and clean as conditions permit.

VIII. **Offender Hair Standards**

A. Offender hair standards shall be in accordance with K.A.R. 44-12-106 (adult) or K.A.R. 123-12-106 (juvenile).

    1. **ADULT:** Offenders with mustaches assigned to food service shall not be required to wear facial masks.

B. Offenders assigned to industrial or other work assignments shall maintain their hair in a manner which will not create a safety hazard, in accordance with Occupational Safety and Health Agency (OSHA) requirements.

    C.    Hair care services that are culturally appropriate and comply with applicable regulatory requirements, shall be available to all offenders. (ACO 2-CO-4D-01, ACI 4-4343, 4-JCF-4B-02)

        1.    Work release offenders may be required to pay for and obtain hair care services in the community.

**NOTE:** The policy and procedures set forth herein are intended to establish directives and guidelines for staff and offenders and those entities that are contractually bound to adhere to them. They are not intended to establish State created liberty interests for employees or offenders, or an independent duty owed by the Department of Corrections to employees, offenders, or third parties. Similarly, those references to the standards of various accrediting entities as may be contained within this document are included solely to manifest the commonality of purpose and direction as shared by the content of the document and the content of the referenced standards. Any such references within this document neither imply accredited status by a Departmental facility or organizational unit, nor indicate compliance with the standards so cited. The policy and procedures contained within this document are intended to be compliant with all applicable statutes and/or regulatory requirements of the Federal Government and the state of Kansas. This policy and procedure is not intended to establish or create new constitutional rights or to enlarge or expand upon existing constitutional rights or duties.

**REPORTS REQUIRED**

None.

**REFERENCES**

K.A.R. 44-12-106, 123-12-106
IMPP 10-125, 12-120, 15-101
ACO  2-CO-4D-01
ACI  4-4283, 4-4336, 4-4337, 4-4340, 4-4343
NCCHC P-49
JCF 4-JCF-4B-2, 4-JCF-4B-03, 4-JCF-4B-05, 4-JCF-4B-08, 4-JCF-4B-10

**ATTACHMENTS**

| Attachment | Title of Attachment | Page Total |
|---|---|---|
| A | Adult Facilities Standard Offender Clothing | 1 page |
| B | Juvenile Facilities Standard Offender Clothing | 1 page |

Attachment A, IMPP 12-129D<br>
Effective 11-22-16

## KANSAS DEPARTMENT OF CORRECTIONS
## ADULT FACILITIES

| Standard Offender Clothing | Male | | Female | |
| --- | --- | --- | --- | --- |
| | Standard Issue | RDU | Standard Issue | Evaluation/ Assessment |
| White under-shorts | ✓ | ✓ | | |
| White socks | ✓ | ✓ | ✓ | ✓ |
| Blue denim trousers | ✓ | | ✓ | |
| Light blue or gray, short sleeve t-shirt with breast pocket | ✓ | | | |
| Brown or black, brogan style boots | ✓ | | ✓ | |
| Navy blue web belt with detachable military style buckle | ✓ | | ✓ | |
| Blue denim ¾ length jacket with blanket lining, in season | ✓ | ✓ | ✓ | ✓ |
| Underpants | | | ✓ | ✓ |
| White brassieres | | | ✓ | ✓ |
| Nightgown | | | ✓ | |
| Navy Blue Twill, or Hunter Green twill trousers | | | ✓ | |
| Navy Blue or Hunter Green shorts | | | ✓ | |
| Blue or Rose short sleeve, button front or pull over blouses with breast pockets | | | ✓ | |
| Red two-piece uniforms or one-piece coveralls | | ✓ | | ✓ |
| Tennis shoes or "Croc™" style foam clogs | | ✓ | | ✓ |

Attachment B, IMPP 12-129D<br>Effective 11-22-16

## KANSAS DEPARTMENT OF CORRECTIONS
## JUVENILE FACILITIES

| Offender Clothing | Male | | | Female | |
|---|---|---|---|---|---|
| | KJCC | LJCF | RDU | Standard Issue | RDU |
| White under-shorts | ✓ | ✓ | ✓ | | |
| Underpants | | | | ✓ | ✓ |
| White T-shirts | ✓ | ✓ | ✓ | | |
| White socks | ✓ | ✓ | ✓ | ✓ | ✓ |
| Blue denim trousers | | ✓ | | | |
| Light gray polo shirt | | ✓ | | | |
| California blue polo | | ✓ | | | |
| Web belt with hook & loop closure | | ✓ | | | |
| Gray shorts | ✓ | ✓ | | ✓ | |
| Gray sweatshirt | ✓ | ✓ | | ✓ | |
| Gray sweatpants | ✓ | ✓ | | ✓ | |
| Jumpsuit, gray or white | ✓ | | ✓ | | |
| Green scrub tops and bottoms | | | | | ✓ |
| Blue scrub bottoms | ✓ | | | | |
| Gray t-shirt | ✓ | | | | |
| Green polo shirt | | | | ✓ | |
| Light blue t-shirt | ✓ | | | | |
| Purple polo shirt | | | | ✓ | |
| Khaki pants | | | | ✓ | |
| Bra | | | | ✓ | ✓ |