## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DAMIAN M. BATEAST,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Case. No. 22-3093-DDC-ADM** |
| | ) |
| **OLUWATOSIN S. ORUNSOLU,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ENTRY OF APPEARANCE

**COMES NOW** Assistant Attorney General Matthew L. Shoger and hereby enters his appearance as counsel of record for Defendant Alexander Gannon.[1]

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS KOBACH

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for the KDOC Defendants*

---

[1] The undersigned notes that this is the first time any appearance has been made for Alexander Gannon in this case. (The docket currently shows the undersigned and a KDOC attorney as having entered an appearance for him, which is incorrect.) The undersigned previously entered an appearance for *Coy* Gannon, who was effectively terminated from this case and replaced with Alexander Gannon. (*See* Doc. 16 at 1; Doc. 34 at 13; Doc. 35-1 at 2; Doc. 63 at 1.) And the KDOC attorney who was also incorrectly noted on the docket as representing this defendant only filed a *Martinez* Report (Docs. 13, 20, 22-27) and did not appear for any defendants.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of December, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Damian M. Bateast
2926 S. Virginia Avenue
Joplin, Missouri 64804
*Plaintiff, pro se*

Natasha Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
natasha.carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

Robert E. Wasinger
Ellsworth Correctional Facility
P.O. Box 107
Ellsworth, KS 67439
*Attorney for Kansas Department of Corrections, Interested Party*

*/s/ Matthew L. Shoger*
Matthew L. Shoger
Assistant Attorney General