| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

UNITED STATES MARSHAL
RECEIVED
DEC 04 2023
KANSAS CITY, KS

| PLAINTIFF<br>Damian M. Bateast | COURT CASE NUMBER<br>5:22-cv-03093-DDC-ADM |
|---|---|
| DEFENDANT<br>Oluwatosin S. Orunsolu, et al | TYPE OF PROCESS<br>Civil service |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mason Gaines, Corrections Officer, El Dorado Correctional Facility
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1737 Highway US 54, PO Box 311, El Dorado, KS 67042

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 1 |
|---|---|---|
| Damian M. Bateast<br>2926 S Virginia Avenue<br>Joplin, MO 64804<br>Email: damianbateast103@gmail.com | Number of parties to be served in this case | 4 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

FILED
U.S. District Court
District of Kansas
DEC 22 2023
Clerk, U.S. District Court
By_____ Deputy Clerk

| Signature of Attorney other Originator requesting service on behalf of:<br>Jeffrey S Hokanson  Digitally signed by Jeffrey S Hokanson Date: 2023.11.29 14:40:49 -06'00' | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>620-249-9389 | DATE<br>11/29/2023 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>4 of 4 | District of Origin<br>No. 31 | District to Serve<br>No. 31 | Signature of Authorized USMS Deputy or Clerk<br>PBrown | Date<br>12-4-23 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date Service by Mail<br>12/08/2023 | ☐ am<br>☐ pm |
|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS
Date summons and complaint were sent by certified mail, 12/04/2023
Date of Service (date return receipt signed): 12/08/2023.
Date return receipt received in USMS Office: 12/15/2023

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | | |
|---|---|---|
| Damian M. Bateast | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 5:22-cv-03093-DDC-ADM |
| Oluwatosin S. Orunsolu , et al | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
　　　　　　Mason Gaines
　　　　　　Corrections Officer, El Dorado Correctional Facility
　　　　　　1737 Highway US 54
　　　　　　PO Box 311
　　　　　　El Dorado, KS  67042

　　A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
　　　　　　Damian M. Bateast
　　　　　　2926 S Virginia Avenue
　　　　　　Joplin, MO 64804
　　　　　　620-249-9389
　　　　　　Email: damianbateast103@gmail.com

　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date: 　　11/29/2023　　　　　　　　　　　　　　　　　　/s/ J. Hokanson, Deputy Clerk
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:22-cv-03093-DDC-ADM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X A. W. Carson   ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>A. W. Carson   12/6/23 |

MASON GAINES
1737 HIGHWAY US 54
EL DORADO, KS 67042

address different from item 1? ☐ Yes
delivery address below: ☒ No

9590 9402 7980 2305 3006 50

404  22-CV-03093

2. Article Number (Transfer from service label)
7022 3330 0001 6941 1853

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                                Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ | 4.35 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy)   $ 3.55 | |
| ☐ Return Receipt (electronic)   $ | Postmark Here |
| ☐ Certified Mail Restricted Delivery   $ | 12-4-23 |
| ☐ Adult Signature Required   $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | |
| $ | 2.31 |
| Total Postage and Fees | |
| $ | 10.21 |

Sent To
MASON GAINES
Street
1737 HIGHWAY US 54
City
EL DORADO, KS 67042

7022 3330 0001 6941 1853