IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DAMIAN M. BATEAST,** | |
| **Plaintiff,** | |
| v. | Case No. 22-3093-DDC-ADM |
| **OLUWATOSIN S. ORUNSOLU, et al.,** | |
| **Defendants.** | |

### NOTICE AND ORDER TO SHOW CAUSE

**To plaintiff:**

Plaintiff's Second Amended Complaint sues 12 defendants. Doc. 65. Plaintiff alleges that his cellmate attacked him, unprovoked, while plaintiff was in prison. *Id.* at 2. And he alleges defendants, prison officials and healthcare workers, were deliberately indifferent to plaintiff's safety needs and medical care, violating his Eighth Amendment rights. *Id.* Of the 12 defendants, 10 have filed Motions to Dismiss. Plaintiff has failed to respond to any of these motions.

Defendants Dana L. Flores, Eric J. Freeman, Adam D. Knapp, Asbury K. Latham, Malty J. Martin, Oluwatosin S. Orunsolu, and Orlando A. Perez filed their Motion to Dismiss (Doc. 71) on November 21, 2023. D. Kan. Rules 6.1(d)(2) and 7.1(c) required plaintiff to respond to defendants' motion within 21 days, or by December 12, 2023. The deadline for plaintiff to respond has passed, and plaintiff hasn't filed a response to defendants' motion.

Defendant Alexander Gannon filed his Motion to Dismiss (Doc. 76) on December 21, 2023. Based on the 21-day deadline prescribed by our local rules, plaintiff needed to respond by January 11, 2024. He hasn't done so.

Defendants Gordon C. Harrod and Denise Milsap filed their Motion to Dismiss (Doc. 82) on December 27, 2023. Plaintiff's 21-day response deadline fell on January 17, 2024. Again, he failed to respond.

Under D. Kan. Rule 7.1(c), if a party doesn't file a response by the D. Kan. Rule 6.1(d) required deadline, "the court will consider and decide the motion as an uncontested motion." That rule also provides that "[o]rdinarily, the court will grant the motion without further notice." D. Kan. Rule 7.1(c).

Because plaintiff has failed to respond to defendants' Motions to Dismiss, the court directs plaintiff to show cause, in writing, **on or before February 6, 2024,** why it should not consider and rule on defendants' motions as uncontested under D. Kan. Rule 7.1(c). If plaintiff intends to file a response to defendants' motions, then plaintiff must file it **on or before February 6, 2024.**

**IT IS THEREFORE ORDERED BY THE COURT THAT** plaintiff is directed to show cause **by February 6, 2024,** why the court shouldn't consider and rule on defendants' motions as uncontested under D. Kan. Rule 7.1(c).

**IT IS SO ORDERED.**

**Dated this 23rd day of January, 2024 at Kansas City, Kansas.**

                                      **s/ Daniel D. Crabtree**
                                      **Daniel D. Crabtree**
                                      **United States District Judge**