| U.S. Department of Justice<br>United States Marshals Service | | **PROCESS RECEIPT AND RETURN**<br>See *"Instructions for Service of Process by U.S. Marshal"* | |
|---|---|---|---|
| PLAINTIFF<br>Damian M. Bateast | UNITED STATES MARSHAL<br>RECEIVED<br>DEC 04 2023<br>KANSAS CITY, KS | COURT CASE NUMBER<br>5:22-cv-03093-DDC-ADM | |
| DEFENDANT<br>Oluwatosin S. Orunsolu, et al | | TYPE OF PROCESS<br>Civil service | |
| **SERVE AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Gordon C. Harrod Medical Provider, El Dorado Correctional Facility | | FILED<br>U.S. District Court<br>District of Kansas |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>8711 Candlewood Street, Wichita, KS 67205 | | FEB 12 2024 |
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | Number of process to be served with this Form 285 | 1 |
| Damian M. Bateast<br>2926 S Virginia Avenue<br>Joplin, MO 64804<br>Email: damianbateast103@gmail.com | | Number of parties to be served in this case<br>Clerk of U.S. District Court<br>By _____ Deputy Clerk | 4 |
| | | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

| Signature of Attorney other Originator requesting service on behalf of:<br>Jeffrey S Hokanson  Digitally signed by Jeffrey S Hokanson<br>Date: 2023.11.29 14:40:49 -06'00' | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>620-249-9389 | DATE<br>11/29/2023 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>3 of 4 | District of Origin<br>No. 31 | District to Serve<br>No. 31 | Signature of Authorized USMS Deputy or Clerk<br>P Brown | Date<br>12-4-23 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Sent by certified mail on 12-4-23
Delivered per USPS tracking on 12-8-23

## USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

# 70223330000169411846

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 4:57 pm on December 8, 2023 in WICHITA, KS 67205.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
WICHITA, KS 67205
December 8, 2023, 4:57 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https



Text & Email Updates        ⌄

USPS Tracking Plus®         ⌄

Product Information         ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Kansas

| Damian M. Bateast | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 5:22-cv-03093-DDC-ADM |
| Oluwatosin S. Orunsolu , et al | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    Gordon C. Harrod
    Medical Provider, El Dorado Correctional Facility
    8711 Candlewood Street
    Wichita, KS  67205

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Damian M. Bateast
    2926 S Virginia Avenue
    Joplin, MO 64804
    620-249-9389
    Email: damianbateast103@gmail.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    11/29/2023                                                         /s/ J. Hokanson, Deputy Clerk
                                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:22-cv-03093-DDC-ADM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                                    _____
                                                              *Server's signature*

                                                         _____
                                                              *Printed name and title*


                                                         _____
                                                              *Server's address*

Additional information regarding attempted service, etc: