IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAMIAN M. BATEAST ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:22-CV-03093-DDC-ADM |
| ) | |
| OLUWATOSIN S. ORUNSOLU, et al., ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

COMES NOW, Marcus Meyer of Sandberg Phoenix & von Gontard P.C. and hereby enters his appearance and waives service of process on behalf of Defendant Rochelle Grahem, pursuant to Fed.R.Civ.Pro. 4(d)(3), said Defendant's responsive pleadings are due no later than Thursday, October 3, 2024.

SANDBERG PHOENIX & von GONTARD P.C.

By: */s/ Marcus A. Meyer*
Katrina L. Smeltzer, #26623
Marcus A. Meyer, #79198
4600 Madison Avenue, Suite 1000
Kansas City, MO 64112
816-627-5332
816-627-5532 (Fax)
ksmeltzer@sandbergphoenix.com
mmeyer@sandbergphoenix.com
*Attorneys for Defendant Rochelle Grahem*

1

## **Certificate of Service**

I hereby certify that on this 12th day of September 2024 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

I hereby certify that on this 12th day of September 2024 the foregoing was mailed by United States Postal Service to the following non-participants in Electronic Case Filing:

Damian M. Bateast
SBFC-PL-2023-001069
2926 S Virginia Avenue
Joplin, MO  64804
620.249.9389
Damianbateast103@gmail.com
*Pro Se Plaintiff*

                                          */s/ Marcus A. Meyer*