# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAMIAN M. BATEAST | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:22-cv-03093-DDC-ADM |
| | ) |
| OLUWATOSIN S. ORUNSOLU, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT ROCHELLE GRAHEM, RN'S MOTION TO DISMISS

COMES NOW Defendant Rochelle Grahem, RN, and respectfully requests that this Court dismiss all claims against her pursuant to Fed. R. Civ. P. 12(b)(6). In accordance with D. Kan Rule 7.1(a), a memorandum in support is filed contemporaneously with this Motion.

SANDBERG PHOENIX & von GONTARD P.C.

By: */s/ Marcus A. Meyer*
Katrina L. Smeltzer, #26623
Marcus A. Meyer, #79198
4600 Madison Avenue, Suite 1000
Kansas City, MO 64112
816-627-5332
816-627-5532 (Fax)
ksmeltzer@sandbergphoenix.com
mmeyer@sandbergphoenix.com
*Attorneys for Defendant Rochelle Grahem, RN*

## Certificate of Service

      I hereby certify that on the 27th day of September 2024 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record and a copy was mailed by United States Postal Service to the following non-participant in Electronic Case Filing:

Damian M. Bateast
SBFC-PL-2023-001069
2926 S Virginia Avenue
Joplin, MO  64804
620.249.9389
Damianbateast103@gmail.com
*Pro Se Plaintiff*

                                        */s/ Marcus A. Meyer*
                                        Attorney