IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**DAMIAN M. BATEAST,**

                **Plaintiff**,

v.

**OLUWATOSIN S. ORUNSOLU, et al.,**

                **Defendants**.

Case No. 22-3093-DDC-ADM

**NOTICE AND ORDER TO SHOW CAUSE**

To plaintiff Damian M. Bateast:

On July 5, 2022, plaintiff filed an Amended Complaint (Doc. 6) asserting claims under 42 U.S.C. § 1983 against Kansas Department of Corrections (KDOC) officers and medical personnel at El Dorado Correctional Facility. The court ordered KDOC to file a *Martinez* report. Doc. 8 at 6. KDOC complied on March 14, 2023. Doc. 22 (*Martinez* report). Based on the *Martinez* report, plaintiff's Response asked for leave to amend the Amended Complaint to replace defendant Brandon Gaines with Mason Gaines. Doc. 34 at 9. On June 22, 2023, the court granted plaintiff's request, ordering Brandon Gaines dismissed from the action and Mason Gaines added as a defendant. Doc. 35-1 at 2. Plaintiff later filed a Second Amended Complaint adding Mason Gaines as a defendant, Doc. 65 at 1, and provided the court with Mason Gaines's current address, Doc. 66 at 1. The court directed the United States Marshals Service to execute service on Mason Gaines. Doc. 74. Mason Gaines was served with summons by certified mail on December 8, 2023, making his answer due on December 29, 2023. Doc. 80.

But Mason Gaines never answered or appeared in this case.  And plaintiff has not moved for a clerk's entry of default under Fed. R. Civ. P. 55(a) or taken any other action based on his claims against Mason Gaines.  For this reason, the court orders plaintiff to show cause in writing by **September 3, 2025**, why the court should not dismiss plaintiff's claims against Mason Gaines without prejudice for failure to prosecute under to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

**Dated this 20th day of August, 2025, at Kansas City, Kansas.**

**s/ Daniel D. Crabtree**
**Daniel D. Crabtree**
**United States District Judge**
